UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CO FEB -4  PM 12: 07

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

CASE NO. **00-6186**

STREET INFORMATION SYSTEMS,
INC.,

**CIV-FERGUSON**

     **Plaintiff,**

vs.

MAGISTRATE JUDGE
SNOW

CITY OF WILTON MNORS,

     **Defendant.**

_____/

## MOTION TO APPEAR PRO HAC VICE
## WITHOUT LOCAL COUNSEL

In accordance with Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, Myron D. Cohen, a member of Hunton & Williams, 200 Park Avenue, New York, New York 10166, (212) 309-1000, respectfully moves for admission to appear *pro hac vice* in this action on behalf of Plaintiff, Street Information Systems, Inc.

Myron D. Cohen certifies that he has studied the Local Rules of this Court, and that he is a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Eleventh Circuits.

The undersigned counsel for Plaintiff, Street Information Systems, Inc., respectfully request waiver or modification of the requirement of Rule 4(B) that an application for admission *pro hac vice* shall designate a member of the bar of this Court who maintains an office in this District for



purposes of communication with the Court and opposing counsel regarding the conduct of the case

and for service of papers.  As provided in Rule 4(B), upon written notice and for good cause shown

the Court may waive or modify the requirements of such designation.  The undersigned counsel

request that the requirements of such designation be waived or modified to the extent that, and for

the reasons that, Mr. Rutledge is a member of the bar of this Court who maintains offices in

Tallahassee, Florida, and both Mr. Rutledge's and Mr. Cohen's law offices are readily available for

service of papers by facsimile telecopier and for communication with the Court and opposing

counsel regarding the conduct of the case.

Respectfully submitted,

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(202) 309-1000 (Telephone)
(202) 309-1100 (Facsimile)

and

Gary R. Rutledge
Fl. Bar No. 222674
Rutledge, Ecenia, Purnell & Hoffman, P.A.
215 South Monroe St., Suite 420
Tallahassee, Fl 32301
(850) 681-6788 (Telephone)
(850) 681-6515 (Facsimile)

Attorneys for Plaintiff,
STREET INFORMATION SYSTEMS, INC.

F:\USERS\JELLIS\street2.pro