# United States District Court

SOUTHERN DISTRICT OF FLORIDA

00 FEB -4 PM 12:07

CLERK U.S. MADDOX
S.D. OF FLA.-FTL

STREET INFORMATION SYSTEMS, INC.

    Plaintiff,

V.

CITY OF WILTON MANORS,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6186**

**CIV - FERGUSON**

MAGISTRATE JUDGE
SNOW

**TO:** (Name and address of defendant)

CITY OF WILTON MANORS
524 Northeast 21st Court
Wilton Manors, FL  33305

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary R. Rutledge
Rutledge, Ecenia, et al.
215 S. Monroe St., Suite 420
Tallahassee, FL  32301
(850) 681-6788

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, NY  10166
(212) 309-1000

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE: February 4, 2000