

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186 CIV-FERGUSON

MAGISTRATE JUDGE SNOW

STREET INFORMATION SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the motion of Myron D. Cohen to appear *pro hac vice* in this action on behalf of Plaintiff, Street Information Systems, Inc. Having considered the motion and the record in this action, it is

ORDERED AND ADJUDGED that the motion is granted, and that Myron D. Cohen is admitted to appear *pro hac vice* in this action on behalf of Plaintiff, Street Information Systems, Inc.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 25 day of February, 2000.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

JELLIS/street.order

