UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



STREET INFORMATION SYSTEM, INC.,        Case No. 00-6186-CIV-FERGUSON

    Plaintiff,

vs.

CITY OF WILTON MANOR,

    Defendant.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered related case 00-6169-CIV-UNGARO-BENAGES, and subject to consent herein below, it is

**ORDERED** that the above-numbered case is hereby transferred to the calendar of Judge Ursula Ungaro-Benages for all further proceedings.

**DATED** in Chambers at Ft. Lauderdale, Florida, this 15th day of February, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number:

Case No. 00-6186-CIV-UNGARO-BENAGES thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 25 day of Feb , 1999.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Wilkie D. Ferguson, Jr., U.S. District Judge
Lucy Lara, Case Reassignment Clerk
Gary R. Rutledge, Esq.
Kerry L. Ezrol, Esq.