UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

**PLAINTIFF, STREET INFORMATION SYSTEMS, INC.'S
LISTS OF DOCUMENTS, EXHIBITS AND WITNESSES**

Plaintiff, Street Information Systems, Inc. ("SIS"), pursuant to the Court's Order Setting Initial Planning and Scheduling Conference, submits the following list of documents and exhibits which SIS may use at trial and list of witnesses whom SIS may call at trial.

**Documents and Exhibits**

1. City of Wilton Manors Ordinance No. Z-199.

2. Legislative history of Ordinance No. Z-199, including without limitation, public notices, drafts, minutes of meetings, comments and transcripts concerning the enactment of the ordinance.

3. SIS's applications to the City of Wilton Manors for six permits for construction of outdoor advertising signs.



4. Correspondence between SIS and the City of Wilton Manors and non-privileged internal City memoranda and records concerning the applications for the six permits and the City's denial of the applications.

5. Documentation concerning SIS's ownership and leasehold interests in the locations for which the applications were submitted.

6. Documentation concerning the types of advertisers and messages utilizing and provided by SIS.

7. Answers to interrogatories and responses to requests for production from the City of Wilton Manors.

8. Any and all depositions and their attached exhibits.

9. Any and all statements of witnesses.

10. Such impeachment or rebuttal documents and exhibits as may be developed or may be necessary.

11. SIS reserves the right to use any document and exhibit listed by the City of Wilton Manors.

12. SIS reserves the right to supplement this list with documents and exhibits as they become known to SIS, upon reasonable notice to the City of Wilton Manors.

**Witnesses**

1. Daniel L. Hardin
   President
   Street Information Systems, Inc.
   1010 Pennsylvania Avenue
   St. Cloud, FL 34769.

2. Such impeachment or rebuttal witnesses as may be developed or may be necessary.

3. SIS reserves the right to call any witness listed by the City of Wilton Manors.

4. SIS reserves the right to supplement its witness list with witnesses as they become known to SIS, upon reasonable notice to the City of Wilton Manors.

Respectfully submitted,

Dated this 24th day of April, 2000.

*Gary R. Rutledge*
GARY R. RUTLEDGE
Rutledge, Ecenia, Purnell & Hoffman, P.A.
Florida Bar No. 222674
P. O. Box 551
Tallahassee, FL 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

MYRON D. COHEN
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 ( Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
STREET INFORMATION SYSTEMS, INC.

F:\users\Jellis\street.lst