

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

## DEFENDANT, CITY OF WILTON MANOR'S WITNESS LIST

Defendant, CITY OF WILTON MANORS, by and through its undersigned attorneys, hereby submits the following list of witnesses:

1. Kerry Ezrol, Esquire
   City Attorney
   Josias, Goren, Cherof, Doody & Ezrol
   3099 E Commercial Blvd., Ste. 200,
   Fort Lauderdale, Florida 33308

2. Harold Horne
   Community Services Director
   c/o City of Wilton Manors
   524 N.E. 21st Court
   Wilton Manors, Florida 33305

3. John P. Seiler
   c/o City of Wilton Manors
   524 N.E. 21st Court
   Wilton Manors, Florida 33305

4. Angela D. Scott
   City Clerk

1



CASE NO. 00-6186-CIV-UNGARO-BENAGES
Street Information Systems vs. City of Wilton Manors

       c/o City of Wilton Manors
       524 N.E. 21st Court
       Wilton Manors, Florida 33305

5.    Joseph P. Galegos
       City Manager
       c/o City of Wilton Manors
       524 N.E. 21st Court
       Wilton Manors, Florida 33305

6.    Richard Pratt
       c/o City of Wilton Manors
       524 N.E. 21st Court
       Wilton Manors, Florida 33305

7.    Such other and further impeachment or rebuttal witnesses as may be developed or may be necessary.

8.    Defendant reserves the right to call any witness listed by the Plaintiff.

9.    Defendant reserves the right to supplement its witness list with witnesses as they become known to Defendant upon proper notice to all parties.