UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES



STREET INFORMATION SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

## DEFENDANT, CITY OF WILTON MANORS' EXHIBIT LIST

The Defendant, CITY OF POMPANO BEACH, by and through its undersigned attorneys, sets forth its list of Trial Exhibits.

## CITY OF WILTON MANORS' EXHIBIT LIST

1. City of Wilton Manors Ordinance No. Z-199.

2. City of Wilton Manors Ordinance No. Z-205.

3. City of Wilton Manors Ordinance No. Z-210.

4. City of Wilton Manors Ordinance No. Z-212.

5. Applications for sign permits submitted by Street Information Systems on July 8, 1999.

6. August 10, 1999 documents rejecting sign permit applications submitted by Street Information Systems on July 8, 1999.

7. City of Wilton Manors Code of Ordinances, Appendix "A", Article 11 entitled "Sign Regulations."

CASE NO. 00-6186-CIV-UNGARO-BENAGES  
Street Information Systems vs. City of Wilton Manors

8. Answers to Interrogatories and responses to Requests for Production from Plaintiff, and Defendant City.

9. Any and all depositions and their attached exhibits.

10. Any and all statements of witnesses.

11. Such other and further impeachment or rebuttal exhibits as may be developed or may be necessary.

12. Defendant reserves the right to use any exhibit listed by the Plaintiff and/or any other party.

13. Defendant reserves the right to supplement its exhibit list with exhibits as they become known to Defendant upon proper notice to all parties.