UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

This matter came before the Court on the motion of Plaintiff, Street Information Systems, Inc. ("Plaintiff"), for leave to file an Amended Complaint. Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1.    Plaintiff's motion for leave to file its Amended Complaint is hereby GRANTED.

2.    The Amended Complaint attached to the Plaintiff's motion is deemed filed and served on the Defendant, City of Wilton Manors, and its counsel, as of the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of June, 2000.

                                     URSULA UNGARO-BENAGES
                                     United States District Judge

Copies furnished to:
Michael T. Burke, Esq.
Myron A. Cohen, Esq.
Gary R. Rutledge, Esq.