UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with the Honorable Herbert Stettin on August 9, 2000 at 1:30 p.m., at the offices of the Broward County Bar Association, 1051 SE 3rd Avenue, Ft. Lauderdale, Florida 33316, telephone (954) 764-8040.

ENTERED this 22 day of June, 2000.

URSULA UNGARO-BENAGES
United States District Judge

Copies furnished to:
Michael T. Burke, Esq.
Myron A. Cohen, Esq.
Gary R. Rutledge, Esq.