UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**NIGHT BOX FILED**

JG 3 1 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

### PLAINTIFF, STREET INFORMATION SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, Street Information Systems, Inc. ("SIS"), moves pursuant to Fed. R. Civ. P. 25(c) and S.D.Fla.L.R. 7.1 to substitute as plaintiff the transferee of its interest in this action, Wilton Manors Street Systems, Inc. ("Street Systems"), and states:

1. This is an action for declaratory and injunctive relief and attorney's fees challenging the constitutionality of a 1997 ordinance adopted by the defendant, City of Wilton Manors ("the City"), regulating the use of outdoor advertising within city limits. SIS's Complaint was filed on February 4, 2000.

2. Pursuant to the Scheduling Order for Pretrial Conference and Trial, entered on May 17, 2000, this matter is set for Pretrial Conference on October 20, 2000, and for trial during the two-week period beginning on November 6, 2000.

3. SIS's interest in this action was transferred to Street Systems effective August 14, 2000, pending the transfer of certain assets of SIS to third parties. Street Systems' Articles of Incorporation were filed with the Florida Department of State, Division of Corporations, on August 11, 2000.

4. Street Systems will be represented in this action by SIS's undersigned counsel. No change in any of the matters stated on behalf of SIS in the Joint Scheduling and Status Report filed in this action on April 25, 2000 will result from the substitution of Street Systems as plaintiff in place of SIS. The substitution of Street Systems for SIS as plaintiff in this action will not cause any prejudice to the defendant or any delay in the prosecution of this action.

## MEMORANDUM OF LAW

1. Fed. R. Civ. P. 25(c) provides in relevant part that in case of any transfer of interest, the Court upon motion may direct the transferee to be substituted in the action.

2. Rule 25(c) applies when a transfer of interest occurs during the pendency of an action. Pacamor Bearings, Inc. v. Minebea Co., Ltd., 892 F. Supp. 347, 359-360 (D.N.H. 1995).

3. Rule 25(c) is designed to allow an action to continue without abatement when an interest in a lawsuit is transferred, rather than requiring the filing of a new lawsuit. Matter of Covington Grain Co., Inc., 638 F. 2d 1362, 1364 (5th Cir. 1981). In Elca Enter. v. Sisco Equip. Rental & Sales, 53 F. 3d 186, 191 (8th Cir. 1995), the defendants had contended that the plaintiff's substitution motion would have permitted the original plaintiff to bring a new case on the eve of trial. In reversing the district court's denial of the substitution motion, the Court of Appeals found instead that: "The nature of this action remains the same regardless of the plaintiff's name." Elca, supra at

2

191, fn. 5. Similarly, the nature of this action remains the same regardless of the substitution of Street Systems for SIS as plaintiff.

### CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. L.R. 7.1.A.3.(a), undersigned counsel for SIS states that he has conferred with counsel for the City in a good faith effort to resolve the issues raised by this motion, and that counsel for the City does not oppose the relief sought by this motion.

WHEREFORE, SIS requests that its motion for substitution of party be granted, and that Wilton Manors Street Systems, Inc. be substituted for Street Information Systems, Inc. as the plaintiff in this action.

Respectfully submitted,

_/s/ John R. Ellis_
Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

MYRON D. COHEN
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Street Information Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion for Substitution of Party was served by U. S. mail this 16th day of August, 2000, to the following:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
& George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

John R. Ellis

F:\USERS\JELLIS\street.submotion.wpd