UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

FILED by ___ D.C.
AUG 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

This matter came before the Court on the motion of plaintiff, Street Information Systems, Inc. ("SIS"), for substitution of party pursuant to Fed. R. Civ. P. 25(c). Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1.    SIS's motion for substitution of party is hereby GRANTED.

2.    This action shall proceed with Wilton Manors Street Systems, Inc. as plaintiff in place of Street Information Systems, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2000.

URSULA UNGARO-BENAGES
United States District Judge

Copies furnished to:
Michael T. Burke, Esq.
Myron A. Cohen, Esq.
Gary R. Rutledge, Esq.

