M:\STETTIN\Mediations\Street Information.wpd

FILED BY / D.C.
00 AUG 25 PM 3:39
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6186-CIV-UNGARO-BENAGES

STREET INFORMATION SYSTEMS, INC.,    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
CITY OF WILTON MANORS,                )
                                      )
        Defendant.                    )
_____)

**REPORT OF MEDIATION IMPASSE**

The undersigned served as Mediator at a mediation session held on August 9, 2000. The parties reached an impasse in their negotiations.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by United States mail this 25 day of August, 2000, to: MICHAEL T. BURKE, ESQUIRE, KINDY K. COOGLER, ESQUIRE - Johnson, Anselmo, Murdoch, Burke & George, P.A., 790 E. Broward Boulevard, Suite 400, Post Office Box 030220, Fort Lauderdale, FL 33303-0220; MYRON D. COHEN, ESQUIRE - Hunton & Williams, 200 Park Avenue, 43rd Floor, New York, NY 10166-0136; GARY R. RUTLEDGE, ESQUIRE - Rutledge, Ecenia, Purnell & Hoffman, P.A., 215 South Monroe Street, Suite 420, Tallahassee, FL 32301-1841.

Respectfully submitted.

_____
HERBERT STETTIN, Mediator