UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.
_____/

**PLAINTIFF, WILTON MANORS STREET SYSTEMS, INC.'S**
**REQUEST FOR ORAL ARGUMENT**

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), requests pursuant to S.D.Fla.L.R. 7.1(B).1. that the Court schedule oral argument on Street Systems' Motion for Summary Judgment, concurrently filed with this request. Street Systems believes that oral argument on the matters raised in its Motion for Summary Judgment, and in the Defendant's anticipated Cross-Motion for Summary Judgment, will assist the Court by providing a more complete presentation of the relevant facts and legal principles as they bear on the matters at issue. Oral argument would also provide the Court with the opportunity to request clarification, as necessary. Street Systems suggests that a reasonable estimate of the time required for oral argument would be one hour.

WHEREFORE, Street Systems respectfully requests that the Court schedule oral argument on its Motion for Summary Judgment.

Respectfully submitted,

*[signature]*

Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing Plaintiff Wilton Manors Street Systems, Inc.'s Request for Oral Argument was served by U. S. mail this 24th day of August, 2000, to the following:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
& George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

            _____
            John R. Ellis

F:\USERS\JELLIS\street.oral