UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED by _____ DC

00 AUG 25 PM 2: 03

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

STATE OF FLORIDA    )
                             )ss.
COUNTY OF BROWARD  )

### AFFIDAVIT OF DANIEL L. HARDIN

    DANIEL L. HARDIN, after being duly sworn, states as follows:

    1.    I am the President of the plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), an outdoor advertising company which seeks to erect six outdoor advertising signs in the City of Wilton Manors. This affidavit is submitted in support of the plaintiff's motion for summary judgment.

    2.    Street Systems is in the business of outdoor advertising. Outdoor advertising companies lease or purchase real estate upon which they erect and maintain billboards, and in turn lease space on billboards to persons or entities wishing to communicate messages to the general public.

3. Customers of outdoor advertising companies use billboards for advertising both commercial and noncommercial matters. Examples of noncommercial messages displayed on billboards erected by other outdoor advertising companies in which I am a principal are attached to this Affidavit as Exhibit "A", and are identified as follows:

(a) "Congratulations Osceola County's 1998 Teacher Of The Year."

(b) "Community Appreciation Day! Saturday, May 9 Kissimmee Police Dept."

(c) "John Sutphin Kissimmee Police Chief Thank You for 26 Year of Outstanding Public Service."

(d) "Orange County Public Health Unit - Help Prevent Drowning."

(e) "Life Goes On... As Long as there are DONORS. Osceola County Blood Bank."

(f) American Flag.

(g) "Pray Often."

4. During 1999, Street Systems' predecessor in interest, Street Information Systems, Inc. ("SIS"), obtained leasehold or ownership interests in the City of Wilton Manors for six sites on which it intended to erect billboards. Each of these sites is in an area zoned for commercial use.

5. All of the proposed billboards Street Systems seeks to erect are intended to carry both commercial and noncommercial messages unrelated to the products sold or activities conducted at the location. That is, the signs would contain "off-premise" as opposed to "on-premise" advertising.

6. On July 8, 1999, SIS submitted applications to the City for building permits to erect billboards on the six sites. On August 10, 1999, the City rejected each of the applications. A copy of the City's letter dated August 10, 1999, rejecting the applications, is attached to this Affidavit as

Exhibit "B".

    7.    Further Affiant sayeth not.

*[signature]*
DANIEL L. HARDIN

Sworn to and subscribed before me this 23 day of August, 2000, by DANIEL L. HARDIN, who is personally known to me ✓ or produced the following identification _____.

*[signature]*
NOTARY PUBLIC - STATE OF FLORIDA

My commission expires: 12/16/00

*[Notary Seal: CORI A. BARNES, COMMISSION # CC608514, EXPIRES DEC 16, 2000, BONDED THROUGH ATLANTIC BONDING CO., INC.]*

3

**EXHIBIT A**

# Congratulations

## Osceola County's
## 1998 Teacher Of The Year

*Poinciana High School*

Wendy E. Lambert







HRS Orange County Public Health Unit **HELP PREVENT DROWNING** For More Information Call **(407) 836-2630**



Life Goes On...

As long as there are DONORS.

Osceola County Blood Bank - A Division of Central Florida Blood Bank, Inc.





*faxed to HH1 @ 12:15 on 8/10/99*

Reflecting on Our Past
Building Our Future



1947 - 1997

**WILTON MANORS,** *Island City*
524 NORTHEAST 21ST Court, WILTON MANORS, FLORIDA 33305

**COMMUNITY SERVICES**

(954) 390-2180
FAX (954) 390-2199

August 10, 1999

Cori Barnes
Street Systems
3100 W. State Road 84
Suite 409
Fort Lauderdale, Florida 33312      VIA FAX – 587-8070

Re:   Your fax dated August 9, 1999 concerning permit applications

Dear Ms. Barnes:

The City of Wilton Manors does not notify permit applicants when permits are approved or denied. It is the responsibility of the applicant to inquire as to the application's status.

In reference to the six applications submitted by your firm, the applications have been reviewed for code compliance since July 10, 1999.

The applications have all been denied pursuant to Wilton Manors Code Section 11-4G2 which prohibits billboards. The applications also do not conform to sign code regulations regulating height and size of free standing signs. The applications and associated drawings, transmittal sheets and other documents are available for your review at the Wilton Manors Building Department Monday through Friday from 8:00 a.m. to 5:00 p.m.

Very truly yours,

Harold A. Horne,
Community Services Director

Printed on Recycled/Recyclable Paper/Using Soy Based Ink

**EXHIBIT**

B