UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

NIGHT BOX RECEIVED
AUG 2 5 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### DEFENDANT, CITY OF WILTON MANORS, CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS

The Defendant, CITY OF WILTON MANORS ("CITY"), by and through its undersigned attorneys and pursuant to Local Rule 7.5, files its Concise Statement of Undisputed Material Facts as to which there is no genuine issue to be tried, and states as follows:

1. Plaintiff, STREET INFORMATION SYSTEMS ("WMSS", or "Plaintiff"), seeks to engage in the business of leasing outdoor advertising space on large billboards. WMSS seeks to erect these billboards in various locations throughout the City of Wilton Manors, including locations close to roadways where they can be seen by passing motorists.

2. WMSS seeks to lease space on these signs for others to communicate a message or to advertise merchandise or services provided at locations other than the location of the billboard.

1



CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems, Inc. vs. City of Wilton Manors

3. The CITY adopted a sign ordinance on May 27, 1997, by passage of Ordinance No: Z-199. (Attached Appendix, Exhibit A), and amended it on February 10, 1998, by passage of Ordinance Z-205. (Attached Appendix, Exhibit B). (Together the "1997 Sign Code")

4. In July 1999, WMSS submitted six (6) applications to the CITY for permits to construct billboards at various leased locations throughout Wilton Manors. Each of the applications sought to erect billboard structures which, at the top, would have a dual sided sign with approximately 672 square feet of area per side and were to be between 50 and 75 feet in height. Moreover, each of the six billboards would be equipped with a tri-vision face which would allow each side of the sign to display on a rotating basis three separate messages per side or a total of six messages per billboard. (Attached Appendix, Exhibit C).

5. These applications did not describe the content of messages to be placed on the proposed billboards but indicated the messages would change from time to time and would include non-commercial as well as off premises commercial content.

6. The CITY denied these applications because the proposed billboards would be in direct violation of the 1997 Sign Code which prohibited off premises commercial signage and because the proposed structures exceeded the size, height and frontage requirements of the 1997 Sign Code. (Attached Appendix, Exhibit D).

7. On January 25, 2000, the CITY amended the 1997 Ordinance to clarify and emphasize CITY'S intent that its sign code be interpreted and applied in a content-neutral manner and regulate off premises commercial speech. (Attached Appendix, Exhibit E).

2

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems, Inc. vs. City of Wilton Manors

8. On February 4, 2000, WMSS filed its complaint challenging the constitutionality of the 1997 Sign Code.

9. Regulation of billboards, general and off-premise signs furthers the Sign Code's stated objectives of improving pedestrian and vehicular safety and preserving the continued attractiveness of the community.

**WHEREFORE**, Defendant, CITY OF WILTON MANORS, requests that this Court enter Summary Judgment in its favor and against Plaintiff.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this 25th day of August, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:  954/463-2444
Telephone:  954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

BY: _____
MICHAEL T. BURKE
Florida Bar No. 338771
WILLIAM H. BEAVER
Florida Bar No. 869007

3