## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.

_____/



## PLAINTIFF'S NOTICE OF CORRECTION
## OF CLERICAL ERROR IN
## AFFIDAVIT OF GARY R. RUTLEDGE

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), hereby provides notice of

correction of the following clerical error in the Affidavit of Gary R. Rutledge filed on August 25,

2000 in support of Street Systems' Motion for Summary Judgment: at page 3 of the Affidavit,

Exhibit "F" is identified as a copy of the minutes of the January 25, 2000 meeting of the City

Council of the City of Wilton Manors.  By inadvertence, the document attached as Exhibit "F" to

the Affidavit is a copy of the agenda for the City Council meeting of January 25, 2000.  Attached

to this Notice and labeled Exhibit "F" is a copy of the minutes of the January 25, 2000 meeting of

the City Council of the City of Wilton Manors.

Respectfully submitted,

Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Correction of Clerical Error in Affidavit of Gary R. Rutledge was served by U. S. mail this **25ᵗʰ** day of August, 2000, to the following:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
& George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220


John R. Ellis

F:\USERS\JELLIS\street.error

3

# REGULAR CITY COUNCIL MEETING
# TUESDAY, JANUARY 25, 2000
# 7:30 P.M. - COUNCIL CHAMBERS

1.    CALL TO ORDER

Mayor Seiler called the Regular City Council Meeting of Tuesday, January 25, 2000 to order at 7:30 p.m.  The Invocation was given by Reverend Terry Villairi, from the Holy Angels Free Catholic Church, followed by the Pledge of Allegiance, led by Councilmember Pratt.

2.    ROLL CALL

Present were Councilmembers:  Fanizza, Pratt, Resnick, Vice Mayor Fiore and Mayor Seiler.  Also present were City Manager Joseph Gallegos, City Attorney Kerry Ezrol and City Clerk Angela D. Scott.

3.    INTRODUCTION OF GUESTS - VICE MAYOR FIORE

Vice Mayor Fiore welcomed everyone, thanked them for attending the meeting and for participating in their City Government.

4.    PROCLAMATIONS

        a.  Election Day Proclamation

Mayor Seiler read a proclamation, which proclaimed March 14 as the General Election Day in the City of Wilton Manors and urged all citizens to cast their votes on this day.

5.    PRESENTATIONS

ADDITION TO AGENDA:
PRESENTATIONS - Recognition of Awards to Winners of the
Holiday Lighting Contest.

Mayor Seiler recognized the winners of the Holiday Lighting Contest.

        Presentation by:  Mayor Seiler
        To:  Officer Oscar Gonzalez
        (Officer of the Quarter)

Mayor Seiler presented Officer Oscar Gonzalez with plaque, honoring him as the Officer of the Quarter.

**EXHIBIT**

F

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 2

> Presentation by: Mayor Seiler
> To: Kim Gerardi
> (Civilian Service Award)

Mayor Seiler presented Kim Gerardi with a Civilian Service Medal for her actions in preventing a robbery culprit from escaping apprehension.

6.    **PUBLIC HEARING:**

> RE: Submission of a Grant
> Application in the Amount of $128,700
> to Broward County Community Development
> Division For 26[th] Year Funding Through the
> Community Development Block Grant Program.

Mr. Gallegos informed the Council that this public hearing is required under the process for application of CDBG Funds. The purpose of the public hearing is to reveal how the City plans to use the CDBG Funds.

Mayor Seiler opened the Public Hearing. There being no member of the public who wished to speak, Mayor Seiler closed the public hearing.

7.    HEARING FROM THE PUBLIC
> Any member of the Public may Speak on any issue.

Mayor Seiler opened the Hearing from the Public.

Sandra Steen, 603 Kensington Place, Wilton Manors, wanted to know the purpose for selling the 2020 Building. She is strongly against selling the building and is recommending the demolishing of the building and putting in a parking lot.

Jack Majeski, 1930 N. E. 19 Avenue, Wilton Manors, came forward and requested that he be given a copy of the proposal for the purchase of the 2020 Building.

There being no other member of the public who wished to speak, Mayor Seiler closed the Hearing from the Public.

8.    CONSENT AGENDA

Items listed under Consent Agenda, Item 7 are viewed to be routine and the recommendation will be enacted by ONE MOTION in the form listed below. If

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 3

discussion is desired, then the item(s) will be removed from the Consent Agenda and will be considered separately.

    a. Motion to Approve Travel Authorization Request for:

        None

    b. Motion to Approve Minutes for:

        1. Regular City Council Meeting 11/9/99

        2. Regular City Council Meeting 11/23/99

    c. Motion to Approve Bills Submitted by:

        1. The Tamara Peacock Company
        Invoice No. 99272 - Dated 12/10/99-----------------------$5,440.50

        2. The Tamara Peacock Company
        Invoice No. 99230 - Dated 10/21/99-----------------------$2,295.00

        3. The Tamara Peacock Company
        Invoice No. 99277 - Dated 12/10/99---------------------$    85.41

        4. Request from St. Clement Church - for the Annual Family
        Festival - on February 24th, 25th, 26th and 27th

Vice Mayor Fiore asked that Item No. C-3 be removed for discussion.

COUNCILMEMBER FIORE MADE A MOTION TO APPROVE THE CONSENT AGENDA WITH THE REMOVAL OF ITEM C-3. COUNCILMEMBER RESNICK SECONDED THE MOTION AND CARRIED AS FOLLOWS: AYES: FIORE, RESNICK, FANIZZA, PRATT AND MAYOR SEILER. NAYES: NONE.

**DISCUSSION:**

**ITEM-C-3:**

Vice Mayor Fiore noted that the administrative fee should be removed from the statement submitted by the Tamara Peacock Company.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 4

COUNCILMEMBER PRATT MADE A MOTION TO APPROVE ITEM C-3 WITH
THE REMOVAL OF THE ADMINISTRATIVE FEE. COUNCILMEMBER RESNICK
SECONDED THE MOTION AND CARRIED AS FOLLOWS: AYES: PRATT,
RESNICK, FANIZZA, FIORE AND MAYOR SEILER. NAYES: NONE.

9.    PUBLIC HEARINGS (Ordinances Second Reading)

        NONE

10.   ORDINANCES (First Reading)

        a. **ORDINANCE NO. Z-212:**

        AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF
        WILTON MANORS, FLORIDA, AMENDING ARTICLE 11 OF THE
        ZONING ORDINANCE OF THE CITY OF WILTON MANORS
        TILTED "SIGNS"; PROVIDING FOR THE PROMOTION OF
        AESTHETICS AND TRAFFIC SAFETY FOR THE PLACEMENT OF
        SIGNS; PROVIDING PROTECTION FOR NONCOMMERCIAL SIGNS
        TO BE ERECTED; DELETING SECTION 11-5(C ), ENTITLED
        "TEMPORARY POLITICAL SIGNS," IN ITS ENTIRETY;
        PROVIDING FOR CONFLICTS; PROVIDING FOR SEVERABILITY;
        PROVIDING FOR INCLUSION; PROVIDING FOR AN EFFECTIVE
        DATE.
        **(TABLED FROM REGULAR CITY COUNCIL MEETING OF
        1/11/2000)**

        **The City Clerk read the title to Ordinance No. Z-212.**

        Mr. Gallegos advised the Council that this ordinance pertains to
        amendments to the Sign Regulations Section of Appendix A, Zoning Code
        of Ordinances of the City.  At the Regular City Council Meeting of
        Tuesday, January 11, 2000, this ordinance was tabled to allow the City
        Attorney to amend that certain section relating to the placement and
        reporting of locations of political signs, the time period for removal after
        the event and for other purposes.  The City Attorney has made the
        amendments proposed by Council and this ordinance is now being
        presented on first reading for Council action.

        Kerry Ezrol said that the provisions that apply only to political signs have
        been eliminated in its entirety so that there is just a category for temporary

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
**PAGE 5**

signs. Additionally, there are some legislative findings of fact included in this ordinance and there is a substitution provision that would allow any kind of copy to go on any sign that is a permitted sign. Mr. Ezrol also noted that he had contacted the Florida League of Cities and they have agreed to review our existing ordinance as amended and the correspondence that we have been receiving from a New York law firm regarding a potential constitutional challenge. The Florida League of Cities suggested that he sent a copy of everything to Mike Burke, which he has done today.

Mayor Seiler noted that an application has been submitted for placement of a billboard in our city. He had asked the City Attorney to contact the Florida League of Cities regarding this issue and if they would defend the city if a lawsuit were filed. Mike Burke represented the City of Pompano Beach in a similar lawsuit.

Councilmember Resnick said that he wanted to make sure that the bond requirement for political signs remains in the political sign section of the ordinance.

Kerry Ezrol said political signs were treated the same as other temporary signs and did not impose any additional regulations because of the substance of the sign or content of the sign. To impose a bond requirement on political signs without imposing it on other temporary signs may create a problem.

COUNCILMEMBER RESNICK MADE A MOTION TO ADOPT ORDINANCE NO. Z-212 ON FIRST READING. COUNCILMEMBER PRATT SECONDED THE MOTION AND THE MOTION CARRIED AS FOLLOWS: AYES: RESNICK, PRATT, FANIZZA, FIORE AND MAYOR SEILER.


b. **ORDINANCE 804:**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF WILTON MANORS, FLORIDA, AMENDING ORDINANCE NO. 802 TO REFLECT MONEY RESERVED AND CARRIED OVER FROM THE FISCAL YEAR 1998/99 BUDGET; PROVIDING FOR SEVERABILITY; PROVIDING FOR CONFLICTS; AND PROVIDING FOR AN EFFECTIVE DATE.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 6

The City Clerk read the title to Ordinance No. 804 on first reading.

Mr. Gallegos informed the Council that this ordinance appropriates additional funding for Fiscal Year 99/00. Mr. Gallegos further noted that all open purchase orders as of September 30, 1999 have been carried forward to Fiscal Year 99/00. Additionally, Exhibit "B" of the Ordinance reflects budgeted capital amounts, which were approved by Council, but the corresponding contracts had not been awarded before the end of Fiscal Year 98/99 and could not be listed as open purchase orders.

COUNCILMEMBER FANIZZA MADE A MOTION TO APPROVE ORDINANCE NO. 804 ON FIRST READING. THE MOTION WAS SECONDED BY COUNCILMEMBER RESNICK AND CARRIED AS FOLLOWS: AYES: FANIZZA, RESNICK, FIORE, PRATT AND MAYOR SEILER. NAYES: NONE.

c. **ORDINANCE 805:**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF WILTON MANORS, FLORIDA, AMENDING ORDINANCE NO. 788, WHICH ORDINANCE APPROPRIATED FUNDS TO EACH DEPARTMENT FOR THE FISCAL YEAR 1998/99; PROVIDING FOR SEVERABILITY; PROVIDING FOR CONFLICTS; AND PROVIDING FOR AN EFFECTIVE DATE.

The City Clerk read the title to Ordinance No. 805.

Mr. Gallegos said that as outlined in Exhibit "A" of the Ordinance, the overall budgets for three departments within the General Fund must be increased for the prior fiscal year. These departments exceeded their total individual budget and we must increase their budgetary amounts in order to complete our financial statements for Fiscal Year 98/99. Each City department is required to maintain expenditure levels that fall within their overall department budget.

COUNCILMEMBER FANIZZA MADE A MOTION TO ADOPT ORDINANCE NO. 805 ON FIRST READING. THE MOTION WAS SECONDED BY COUNCILMEMBER PRATT AND CARRIED AS FOLLOWS: AYES: FANIZZA, PRATT, FIORE, RESNICK AND MAYOR SEILER. NAYES: NONE.

11.    RESOLUTIONS

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 7

a. **RESOLUTION NO. 2309:**

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF
WILTON MANORS, FLORIDA, SUPPORTING A PROPOSED LOCAL
DELEGATION SPECIAL ACT PROHIBITING THE SALE, OFFER,
LOAN, POSSESSION OR DISPLAY FOR SALE, TRANSFER OR
ACQUISITION OF ANY ASSAULT WEAPONS WITHIN BROWARD
COUNTY, FLORIDA; DIRECTING THE CITY CLERK TO
TRANSMIT A COPY OF THIS RESOLUTION TO OTHER
INTERESTED CITIES AND GOVERNMENTAL AGENCIES WITHIN
BROWARD COUNTY; PROVIDING FOR CONFLICTS; PROVIDING
FOR SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE.

The City Clerk read the title to Resolution No. 2309.

Mr. Gallegos informed the Council that there is a proposed local
delegation Special Act which, after a countywide special referendum on
the question, would prohibit the sale, offer, loans, possession or display
for sale, transfer or acquisition of any assault weapons within Broward
County, Florida. The City of Pompano Beach Commission approved the
above-mentioned resolution on December 14, 1999.

Mr. Gallegos further noted that at the Regular City Council Meeting of
Tuesday, January 11, 2000, Council requested that this item be placed on
this agenda for consideration by a full Council.

Councilmember Resnick said that the resolution supports this item being
placed on the ballot and is not supporting the act.

Kerry Ezrol said that Section, 8, page 6 of the Act, provides that it only
takes effect if voted on by the residents of Broward County. Mr. Ezrol
said that he will re-word the resolution to reflect that the Mayor and
Council of the City of Wilton Manors supports placing this issue on the
ballot.

Vice Mayor Fiore felt that this is unconstitutional and it is not legal. He
has a problem with the City supporting this Act.

It was the consensus of Council to instruct the City Attorney to change the
third "WHEREAS" clause of the Resolution to reflect that the Mayor and

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 8

Council of the City of Wilton Manors supports a public referendum and not the Act.

COUNCILMEMBER FANIZZA MADE A MOTION TO ADOPT RESOLUTION NO. 2309 WITH THE AMENDMENT THAT THE MAYOR AND COUNCIL OF THE CITY OF WILTON MANORS SUPPORTS GOING TO REFERENDUM FOR THIS ISSUE AND NOT THE ACT. THE MOTION WAS SECONDED BY COUNCILMEMBER PRATT AND CARRIED AS FOLLOWS: AYES: FANIZZA, PRATT, FIORE, RESNICK AND MAYOR SEILER. NAYES: NONE.

b. **RESOLUTION NO. 2310:**

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WILTON MANORS, FLORIDA, APPROVING AND AUTHORIZING THE PROPER CITY OFFICIALS OF THE CITY OF WILTON MANORS TO EXECUTE A SECOND AMENDMENT TO THE AGREEMENT WITH BOB-RAY, INC. TO ERECT AND MAINTAIN BUS BENCHES IN PUBLIC RIGHT-OF-WAY; PROVIDING FOR CONFLICTS; PROVIDING FOR SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE.

The City Clerk read the title to Resolution No. 2310.

Mr. Gallegos informed the Council that the term of the current two-year agreement with Bus Bench Advertising fka Bob-Ray, Inc. has expired and this Second Amendment to the agreement will extend the term of said agreement through September 30, 2000.

Mr. Gallegos further noted that the City of Wilton Manors receives $3,000 per year, and an additional $25 per bus bench for each bench advertisement sold after the 25t$^h$ bench. The City has directed Bus Bench Advertising fka Bob-Ray, Inc. to make 50% of the payments payable to the Recreation Volunteers (and sent in care of the City) with the other 50% of the proceeds being made payable to the City.

VICE MAYOR FIORE MADE A MOTION TO ADOPT RESOLUTION NO. 2310. THE MOTION WAS SECONDED BY COUNCILMEMBER PRATT AND CARRIED AS FOLLOWS: AYES: FIORE, PRATT, FANIZZA, RESNICK AND MAYOR SEILER. NAYES: NONE.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 9

c. **RESOLUTION NO. 2311:**

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WILTON MANORS, FLORIDA, AUTHORIZING THE PROPER CITY OFFICIALS OF THE CITY OF WILTON MANORS TO EXECUTE A CORPORATE RESOLUTION AND CERTIFICATE OF INCUMBENCY (COMMERCIAL CREDIT CARD ACCOUNT) WITH SUNTRUST BANKCARD, N.A.; PROVIDING FOR CONFLICTS; PROVIDING FOR SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE.

The City Clerk read the title to Resolution No. 2311.

Mr. Gallegos informed the Council that this Resolution approves an agreement with Sun Trust bankcard, N.A. for the issuance of two City bankcards.

Mr. Gallegos further noted that by using bankcards, we will be able to secure reservations for hotels, vehicles, and airfare and at the same time, the City will be able to ensure that its tax-exempt status is utilized. We will also be able to purchase items where the City does not have an established account.

Councilmember Pratt asked if the City had an existing policy on credit cards and how is it handled? He suggested establishing a written policy for credit card use. Councilmember Pratt also suggested that Council approve any utilization of the credit card by the City Manager.

Vice Mayor Fiore said that he proposes that all bills for credit cards are placed on the Consent Agenda for Council approval.

After further discussion, it was the consensus of Council to place all bills related to the credit card on the Consent Agenda for Council Approval.

VICE MAYOR FIORE MADE A MOTION TO ADOPT RESOLUTION NO. 2311. THE MOTION WAS SECONDED BY COUNCILMEMBER PRATT AND CARRIED AS FOLLOWS: AYES: FIORE, PRATT, FANIZZA, RESNICK AND MAYOR SEILER. NAYES: NONE.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
        PAGE 10

### d. **RESOLUTION NO. 2312:**

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF
WILTON MANORS, FLORIDA APPOINTING ONE (1) MEMBER TO
THE COMMUNITY AFFAIRS ADVISORY BOARD TO FILL THE
UNEXPIRED TERM OF MICHAEL R. WRIGHT; AND PROVIDING
FOR AN EFFECTIVE DATE.

The City Clerk read the title to Resolution No. 2312.

Mr. Gallegos informed the Council that Michael Wright has submitted his
letter of resignation from the Community Affairs Advisory Board.
Therefore, the Council needs to make an appointment to fill Mr. Wright's
unexpired term. (Term expires September 1, 2000).

Mr. Gallegos further noted that the City Clerk's Office has received one
resume from Frank Charles Buxton who wishes to be considered for
appointment.

VICE MAYOR FIORE MADE A MOTION TO ADOPT RESOLUTION
NO. 2312, INSERTING THE NAME OF CHARLES BUXTON TO
SERVE THE UNEXPIRED TERM OF MICHAEL WRIGHT. THE
MOTION WAS SECONDED BY COUNCILMEMBER FANIZZA AND
CARRIED AS FOLLOWS:  AYES:  FIORE, FANIZZA, PRATT,
RESNICK AND MAYOR SEILER. NAYES: NONE.

12.   UNFINISHED BUSINESS

        a. Proposed Letter of Agreement from
           William W. Aquila - Re: 2020 Building

Harold Horne, Director of Community Services, came forward and said that as Council
directed, the City has continued negotiations for the sale of the 2020 Building. Mr.
Horne said that a Letter of Agreement has been received, which proposes the sale of the
building. The prospective buyer is present this evening to make a presentation on the
development of the site, etc. and answer questions. Mr. Horne also noted that
clarification needs to be worked out as to what part of the property is being sold and the
parking arrangements.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 11

Mr. Bill Aquila, 506 Palm Drive, Hallandale, Florida, came forward and explained the Letter of Agreement and noted that the parking situation needs to be addressed. Mr. Aquila said that as a developer, he would have a specific number of parking spaces as required by code for the building they intend to put on the site. The remaining parking space, the City may use, as they need.

Mr. Aquila said that the final site plan has been left out of the agreement. In a meeting with Mr. Home and Mr. Gallegos, it was learned that additional parking spaces are needed for the recreational area. A different parking design is being proposed to accommodate the city's needs.

Kerry Ezrol said that he has had an opportunity to review the agreement and there are some minor issues that need to be addressed, i.e. how we legally describe the property that is being conveyed by the city and how we legally describe the parking that is being retained by the City and if there is going to be a shared parking relationship, how do we legally describe those areas of shared parking.

Harold Home explained the parking spaces as specified on the site plan.

After further discussion of the parking areas, it was the consensus of Council to retain parking spaces as specified on Zone B of the site plan.

Mr. Aquila said that he would go back to his lender to see if he can go ahead with the project if the City retains the parking specified in Zone B of the site plan.

Councilmember Pratt felt that it is not appropriate for the City to sell this property. He recommends leveling the building, lay down asphalt, stripe it and make a parking area for all the businesses on Wilton Drive. He is not happy that only one developer responded to the Letter of Interest. He is not going to vote to proceed with this transaction.

Councilmember Fanizza requested that discussion on the McJunkin Property be added to this portion of the Agenda.

Kerry Ezrol said that he had received a verbal appraisal of the property. He does not want to disclose specific numbers on the record because under the statutes, the City is authorized to keep it confidential. The appraiser suggested that because of certain market conditions, he needed more time to better analyze the matter and that he would need another week to do this.

Mr. Ezrol said that he would try to get the appraisal in final form by the next Regular City Council Meeting.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 12

13.    REPORTS FROM BOARDS AND ADMINISTRATIVE OFFICIALS

      a.  City Manager's Report

Mr. Gallegos reported that Letters of commendation had been received
for Detective Daniel James and Lt. Jack Vastine of the City's Police Department.

      b.  City Attorney's Report

The City Attorney did not have an addition to his written report.

14.    NEW BUSINESS

      a.  Discussion:  RE:  Intent Resolution for Non-Ad Valorem
                        Assessment for Solid Waste Collection Disposal.

Discussion on this item was removed from the Agenda.

      b.  Discussion:  RE:  Ordinance Pertaining to
          the Amendment of Chapter 2 of the Code
          of Ordinances as it Pertains to the Code Enforcement Board.

Kerry Ezrol explained that this Ordinance amends the existing Code Enforcement Board
Ordinance. The amendments from the Florida Statutes, Chapter 162 have been
incorporated into the City's Ordinance so that the ordinance is now consistent with the
1999 amendments to the Florida Statutes. The Council instructed the City Attorney to
draft the ordinance and bring back to the next Regular City Council Meeting for Council
Action..

      c.  Motion to Approve Purchase of Parts to Repair Pump #1 at Lift
         Station No. 11 in an Amount not to Exceed $8,868.00.

COUNCILMEMBER FANIZZA MADE A MOTION TO APPROVE THE PURCHASE
OF PARTS TO REPAIR PUMP #1 AT LIFT STATION NO. 11 IN AN AMOUNT NOT
TO EXCEED $8,868.00. THE MOTION WAS SECONDED BY COUNCILMEMBER
PRATT AND CARRIED AS FOLLOWS:  AYES:  FANIZZA, PRATT, FIORE,
RESNICK AND MAYOR SEILER. NAYES: NONE.

15.    SECOND HEARING FROM THE PUBLIC

Mayor Seiler opened the Second Hearing from the Public.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 13

Diane Cline, 2325 N. E. 19th Avenue, came forward and said that she along with Mayor
Seiler attended the unveiling of the Millennium Quilt. Ms. Cline noted that the quilt is
beautiful and it was designed by a resident of Wilton Manors.

Paul Kuta, 500 N. E. 28 Street, Wilton Manors, came forward and said that he is totally
against the City selling the property on which the 2020 Building resides. Mr. Kuta also
pointed out, what he felt, were inconsistency in Council Policies, i.e. sign ordinance, bus
bench advertising, grants to improve parking on Wilton Drive, etc.

There being no other member of the public who wished to speak, Mayor Seiler closed the
Second Hearing from the Public.

16.    REPORTS FROM ELECTED OFFICIALS

Councilmember Fanizza reported that the lecture on home improvement was very
successful.

Councilmember Resnick noted that the Public Relations Committee was created
approximately two months ago and only one potential application has been received.
He has spoken to several persons who would be interested in serving on this Committee;
however, they feel that they cannot do so because they serve on other city boards.
Councilmember Resnick asked that the Resolution, which created the Media Relations
Committee, be revisited and remove the provision that a person cannot serve on two City
Boards.

Councilmember Resnick said that on Friday, January 28th, the Oakland Park/Wilton
Manors Chamber of Commerce in conjunction with the public theater would host an
event and reception for a play, "Lying in State". Councilmember Resnick said that he is
on the host committee for this event.

Councilmember Resnick asked for an update on the status of Eisele Park.

Councilmember Resnick congratulated Scott Newton and Craig Sherritt on their election
to the City Council.

Vice Mayor Fiore said that he had received a note from Broward County Commissioner
Ilene Lieberman with a copy of a letter from Catherine Harris, Secretary of State,
concerning the $150,000 library construction grant. Ms. Harris states that the grant is in
her budget and it is also in the Governor's budget.

MINUTES
REGULAR CITY COUNCIL MEETING
TUESDAY, JANUARY 25, 2000
PAGE 14

Vice Mayor Fiore said that he has been asked to be Principal for a Day, at Wilton Manors Elementary School.

Vice Mayor Fiore reported that he and Mayor Seiler had attended the 10th Anniversary for Kids in Distress. Vice Mayor Fiore noted that it was very rewarding to see the kids getting the care they deserve.

Councilmember Pratt asked Mr. Gallegos to remind Tamara Peacock that he is still looking for the cost figures for the flagpole at Eisele Park. Councilmember Pratt also asked Mr. Gallegos to "look into" acquiring a flag that has flown over the Capitol. The flag and the pole will be a donation from West Homeowners Association.

Councilmember Pratt also said that he will be out of town on business and will be not be able to attend the next Regular City Council Meeting.

Mayor Seiler said that he along with other Councilmembers and the City Manager had attended the award dinner for the Area Agency on Aging. The City of Wilton Manors received an award for its fair share. Mayor Seiler said that it was a very nice event. Mayor Seiler thanked Media One for sponsoring a table.

Mayor Seiler said that he had received a letter asking him to "do something" for the Census 2000. Mayor Seiler said that he has given this information to Vice Mayor Fiore to follow through.

Mayor Seiler said that he had also received a letter from Broward County Commission on substance abuse. The commission has grant funds available for local governments. They are having a meeting on February 4th concerning these grants. Mayor Seiler asked that Mr. Gallegos have a member of the staff attend the meeting.

Vice Mayor Fiore said that the Land and Water Conservation Fund under DEP is open again. There is a short window for application of the grant funds during the month of February. Vice Mayor Fiore asked that staff look into getting additional funds for the park projects.

17.    ADJOURNMENT

There being no other business to come before the Council, the meeting adjourned at 9:50 pm.

Angela D. Scott
City Clerk