UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX
FILED

SEP 08 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

         Plaintiff,

vs.

CITY OF WILTON MANORS,

         Defendant.

_____/

## JOINT MOTION FOR ENLARGEMENT OF TIME TO
## FILE JOINT PRETRIAL STIPULATION AND PROPOSED
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), and Defendant, the City of

Wilton Manors ('the City"), move pursuant to Fed.R.Civ.P. 6(b) and S.D.Fla. L.R. 16.1E. and L. for

an enlargement of time of twenty-eight days to file the Joint Pretrial Stipulation, from September 8,

2000 to October 6, 2000, and to file Proposed Findings of Fact and Conclusions of Law, from

September 15, 2000 to October 13, 2000, and state:

1.      This is an action for declaratory and injunctive relief and attorney's fees challenging

the constitutionality of a 1997 ordinance adopted by the City regulating the use of outdoor

advertising within City limits.  Plaintiff's Complaint was filed on February 4, 2000.

2.      This case is set for a Pretrial Conference on October 20, 2000, and for trial during the

two-week period beginning on November 6, 2000.  The dates for Pretrial Conference and trial, and

the dates of September 8, 2000 for filing of the Joint Pretrial Stipulation and September 15, 2000 for

filing of Proposed Findings of Fact and Conclusions of Law, were established in the Scheduling Order for Pretrial Conference and Trial entered on May 17, 2000.

3.      On August 25, 2000, Street Systems and the City each filed a motion for summary judgment, pursuant to the cutoff date of August 25, 2000 for filing of motions established in the Scheduling Order and as represented in the Scheduling Report of Scheduling Meeting concerning the parties' intention to submit the case for decision by the Court on cross-motions for summary judgment. Street Systems and the City currently are preparing their responses to the motions for summary judgment for filing by September 11 and 12, 2000, and will prepare reply memoranda for filing within ten days thereafter, pursuant to S.D. Fla. L.R. 7.5 and 7.1.C.

4.      Street Systems and the City join in this request for an enlargement of time for filing of the Joint Pretrial Stipulation and of Proposed Findings of Fact and Conclusions of Law, in order to focus their immediate efforts on the responses and reply memoranda in connection with the cross-motions for summary judgment, and in order to more efficiently present their statement of disputed issues for trial and Proposed Findings of Fact and Conclusions of Law as those issues and positions may be clarified by the responses and reply memoranda in connection with cross-motions for summary judgment.

5.      Street Systems and the City respectfully submit that no prejudice or undue delay would result from the requested enlargement of time. If the requested enlargement of time is granted, the filing dates for the Joint Pretrial Stipulation and the Proposed Findings of Fact and Conclusions of Law will remain well in advance of the filing dates required by local rule for these documents.

## MEMORANDUM OF LAW

1.      Pursuant to Fed. R. Civ. 6.(b), the period of time in which an act is required to be done pursuant to a Court order may be enlarged on motion filed before the expiration of the period, in the Court's discretion and for cause shown.

2.      Pursuant to S.D.Fla. L. R. 16.1.E., the Joint Pretrial Stipulation must be filed with the Court no later than five days prior to the Pretrial Conference.  Pursuant to S.D. Fla. L.R. 16.1.L, Proposed Findings of Fact and Conclusions of Law must be submitted to the Court by the beginning of the trial.

WHEREFORE, Street Systems and the City request that the Court grant their Joint Motion for Enlargement of Time to file the Joint Pretrial Stipulation and Proposed Findings of Fact and Conclusions of Law.

Respectfully submitted,

Dated: September 6, 2000

_John R Ellis_____

Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

Dated: September 7, 2000

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
    & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

Attorneys for Defendant,
City of Wilton Manors

F:\USERS\JELLIS\street.enlarge