UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

**NIGHT BOX FILED**

SEP 08 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

### DEFENDANT, CITY'S, MOTION FOR EXTENSION OF TIME

The Defendant, CITY OF WILTON MANORS, by and through its undersigned attorneys requests that the court enter an Order granting said Defendant a seven (7) day extension of time through and including September 18, 2000, within which to serve its response to Plaintiff's Motion for Summary Judgment in the above-styled action and as grounds therefore would show:

1. Plaintiff served its Motion for Summary Judgment on August 24, 2000. As a result, Defendant's response to the Motion is due to be served on or before September 11, 2000.

2. Because of other pending commitments in the State Circuit Courts and Federal District Court, the undersigned is in need of a brief extension of time within which to prepare and serve a response to Plaintiff's Motion for Summary Judgment on behalf of the Defendant.

3. Counsel for the Plaintiff has been consulted concerning the requested extension and the undersigned is authorized to certify that Plaintiff does not object to the extension of time and relief sought by this Motion.

1

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

WHEREFORE, the Defendant, CITY OF WILTON MANORS, requests that the Court enter an Order granting said Defendant a seven (7) day extension of time through and including September 18, 2000, within which to serve its response to Plaintiff's Motion for Summary Judgment.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this 8th day of September, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:  954/463-0100 Broward
                    305/945-2000 Dade
                    561/640-7448 WPB

BY: _____
        MICHAEL T. BURKE
        Florida Bar No. 338771

#20035MTB/lt