UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

   Plaintiff,

vs.

CITY OF WILTON MANORS,

   Defendant.
_____/



FILED by ___ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT, CITY'S, MOTION FOR EXTENSION OF TIME

**THIS CAUSE** having come before the Court upon the Defendant, CITY OF WILTON MANORS', Motion for Extension of Time, and the Court being otherwise fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby granted. Defendant, CITY OF WILTON MANORS, shall have through and including September 18, 2000, within which to file a response to Plaintiff's Motion for Summary Judgment in the above-styled action.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, Miami, Dade County, Florida, this __12__ day of September, 2000.

URSULA UNGARO-BENAGES
U.S. District Judge

Copies furnished:
MICHAEL T. BURKE, ESQUIRE
GARY R. RUTLEDGE, ESQUIRE
MYRON D. COHEN, ESQUIRE