UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

FILED by ____ D.C.
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ENLARGING TIME

This matter came before the Court on the Joint Motion for Enlargement of Time to File Joint Pretrial Stipulation and Proposed Findings of Fact and Conclusions of Law, pursuant to Fed.R.Civ.P. 6(b) and S.D. Fla. L.R. 16.1. Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED THAT:

1. The Joint Motion is hereby GRANTED.

2. The parties are required to file their Joint Pretrial Stipulation by October 6, 2000, and to file Proposed Findings of Fact and Conclusions of Law by October 11, 2000.

DONE AND ORDERED in Chambers at Miami, Florida this 12 day of September, 2000.

URSULA UNGARO-BENAGES
United States District Judge

Copies furnished to:

Gary R. Rutledge, Esq.
Myron A. Cohen, Esq.
Michael A. Burke, Esq.