UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES



WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

## NOTICE OF CONFLICT

The undersigned counsel for the Defendant, CITY OF WILTON MANORS, hereby provides notice that he is counsel of record in the following case which is scheduled for trial during the six-week trial period commending October 23, 2000:

**Gladys Perez, individually and as parent and natural guardian of Christina Perez, Plaintiffs, vs. City of Boynton Beach, Defendant, In the Circuit Court of the 15th Judicial Circuit in and for Palm beach County, Florida, Case No. Cl 99-3562 AF** ( Six-week Trial Docket commencing October 23, 2000)

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

**MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this １5ᵗʰ day of September, 2000.

      JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
      **Attorneys for City of Wilton Manors**
      790 East Broward Boulevard, Suite 400
      Post Office Box 030220
      Fort Lauderdale, Florida 33303-0220
      Facsimile: 954/463-2444
      Telephone: 954/463-0100 Broward
          305/945-2000 Dade
          561/640-7448 WPB

    BY: _____
      MICHAEL T. BURKE
      Florida Bar No. 338771

#20035MTB/lt

2