UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

NIGHT BOX
FILED
SEP 18 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### PLAINTIFF, WILTON MANORS STREET SYSTEMS, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), moves pursuant to Fed.R.Civ.P. 6(b) and S.D.Fla.L.R. 7.1 for an enlargement of time of seven days, to and including September 19, 2000, in which to file its opposition to the motion of Defendant, the City of Wilton Manors ("the City"), for summary judgment, and states:

    1.    This is an action for declaratory and injunctive relief and attorney's fees challenging the constitutionality of a 1997 ordinance adopted by the City regulating the use of outdoor advertising within city limits. Plaintiff's Complaint was filed on February 4, 2000.

    2.    Pursuant to their Joint Scheduling and Status Report filed on April 25, 2000, and the Scheduling Order for Pretrial Conference and Trial entered on May 17, 2000, Street Systems and the City filed cross-motions for summary judgment on August 25, 2000.

    3.    Street Systems' motion for summary judgment was served on August 24, 2000, making the City's response to that motion due for filing by September 11, 2000. The City's motion

for summary judgment was served on August 25, 2000, making Street Systems' response to that motion due for filing by September 12, 2000.

4. On or about September 9, 2000, the City moved for an extension of time of seven days, through and including September 18, 2000, in which to file its response to Street Systems' motion for summary judgment. Pursuant to S.D.Fla.L.R. 7.1A.3(a), counsel for the City conferred with the undersigned counsel for Street Systems in advance of filing the motion for an extension. In that conference between counsel, it was agreed that there would be no opposition to corresponding extensions of seven days' time for the City's and for Street Systems' responses to the cross-motions for summary judgment. The intent of the corresponding extensions was to schedule the filing of cross-responses without giving one side the potential benefit of advance notice of the other side's response. However, a misunderstanding resulted form the conference between counsel in that the undersigned counsel for Street Systems believed that the City's motion for an extension of time would be made as to the filing dates for the responses of both parties.

5. The City's motion for an extension of time was made as to the filing date for the City's response only. The City's motion was received by the undersigned counsel for Street Systems on September 13, 2000, after the period had expired for filing of Street Systems' response to the City's motion for summary judgment.

6. Pursuant to Fed.R.Civ.P. 6(b), upon motion made after the expiration of a specified period the Court may permit a required act to be done where the failure to act within the specified period was the result of excusable neglect. Street Systems respectfully submits that its failure to move for an enlargement of time prior to the expiration of the period for filing of its response to the City's motion for summary judgment and its failure to file its response to the City's motion for

2

summary judgment within that period, was the result of excusable neglect, for the reasons stated above.

## CERTIFICATE OF COUNSEL

7. The undersigned counsel for Street Systems has conferred with counsel for the City concerning this motion for an enlargement of time, and has been authorized to represent that the City does not oppose the motion.

WHEREFORE, Street Systems requests that the Court enter an order granting Street Systems an enlargement of time of seven days, to and including September 19, 2000, in which to file its response to the City's motion for summary judgment.

Respectfully submitted,

*/s/ John R. Ellis*
Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following by United States Mail, this 8th day of September, 2000:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
    & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

　　　　　　　　　　　　　　　　　　　　　　　John R. Ellis

F:\USERS\JELLIS\street.unopposed

4