UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/



FILED by ___ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ENLARGING TIME

This matter came before the Court on the unopposed motion of plaintiff, Wilton Manors Street Systems, Inc. ("plaintiff"), pursuant to Fed.R.Civ.P. 6(b) and S.D. Fla. L.R. 7.1., for an enlargement of time of seven days to file its response in opposition to the motion of defendant, the City of Wilton Manors, for summary judgment. Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's motion is hereby GRANTED.

2. Plaintiff shall have to and including September 19, 2000, in which to file its opposition to the defendant's motion for summary judgment.

DONE AND ORDERED in Chambers at Miami, Florida this _21_ day of September, 2000.

                                  URSULA UNGARO-BENAGES   JOAN A. LENARD
                                  United States District Judge   for Judge U. Ungaro-Benages

Copies furnished to:

Gary R. Rutledge, Esq.
Myron A. Cohen, Esq.
Michael A. Burke, Esq.