UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES



WILTON MANORS STREET SYSTEMS, INC.,

     Plaintiff,

vs.

CITY OF WILTON MANORS,

     Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF TIME

The Plaintiff, WILTON MANORS STREET SYSTEMS, INC., and Defendant, CITY OF WILTON MANORS, request that the court enter an Order granting said parties a one (1) day extension of time through and including September 29, 2000, within which to serve their Reply memoranda in support of their respective Motions for Summary Judgment in the above-styled action and as grounds therefore would show:

1.     Plaintiff and Defendant's Reply Memoranda in support of their respective Motions for Summary Judgment are due on or before September 28, 2000.

2.     Because of other pending commitments in the State Circuit Courts and Federal District Court, the parties are need of a one (1) day extension of time within which to prepare and serve their Reply memoranda in support of their respective Motions for Summary Judgment.

3.     Counsel for the Plaintiff has been consulted concerning this motion and has authorized the undersigned to submit same on its behalf.

1

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

WHEREFORE, the Plaintiff, WILTON MANORS STREET SYSTEMS and Defendant, CITY OF WILTON MANORS, request that the Court enter an Order granting said parties a one (1) day extension of time through and including September 29, 2000, within which to serve their Reply memoranda in support of their respective Motions for Summary Judgment.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this _29_ day of September, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:     954/463-2444
Telephone:     954/463-0100 Broward
                     305/945-2000 Dade
                     561/840-7448 WPB

BY:_____
MICHAEL T. BURKE
Florida Bar No. 338771

#20035MTB/lt

2