UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

FILED by _____ D.C.
OCT 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING JOINT
## MOTION FOR EXTENSION OF TIME

**THIS CAUSE** having come before the Court upon the Plaintiff, WILTON MANORS STREET SYSTEMS, INC. and Defendant, CITY OF WILTON MANORS', Joint Motion for Extension of Time, and the Court being otherwise fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby granted. The Plaintiff, WILTON MANORS STREET SYSTEMS, INC. and Defendant, CITY OF WILTON MANORS, shall have through and including September 29. 2000, within which to serve their Reply memoranda in support of their respective Motions for Summary Judgment in the above-styled action.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, Miami, Dade County, Florida, this _29_ day of September, 2000.

                                                _/s/ Ursula Ungaro-Benages_
                                                URSULA UNGARO-BENAGES
                                                U.S. District Judge

Copies furnished:
MICHAEL T. BURKE, ESQUIRE
GARY R. RUTLEDGE, ESQUIRE
MYRON D. COHEN, ESQUIRE