## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.

_____/

**NIGHT BOX**
**FILED**

OCT 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## PLAINTIFF'S LIST OF TRIAL WITNESSES

### Name and Address

Daniel L. Hardin
1010 Pennsylvania Avenue
St. Cloud, FL 34769

Gary R. Rutledge
215 S. Monroe Street, Suite 420
Tallahassee, FL 32301

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.

_____/

## DEFENDANT, CITY OF WILTON MANORS', LIST OF TRIAL WITNESSES

1.    Kerry Ezrol, Esquire
    City Attorney
    Josias, Goren, Cherof, Doody & Ezrol
    3099 E Commercial Blvd., Ste. 200,
    Fort Lauderdale, Florida 33308

2.    Harold Horne
    Community Services Director
    c/o City of Wilton Manors
    524 N.E. 21st Court
    Wilton Manors, Florida 33305

3.    John P. Seiler
    c/o City of Wilton Manors
    524 N.E. 21st Court
    Wilton Manors, Florida 33305

4.    Angela D. Scott
    City Clerk
    c/o City of Wilton Manors
    524 N.E. 21st Court
    Wilton Manors, Florida 33305

5.    Joseph P. Galegos
      City Manager
      c/o City of Wilton Manors
      524 N.E. 21st Court
      Wilton Manors, Florida 33305

6.    Richard Pratt
      c/o City of Wilton Manors
      524 N.E. 21st Court
      Wilton Manors, Florida 33305