**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.

_____/

**NIGHT BOX**
**FILED**

OCT  6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**DEFENDANT, CITY OF WILTON MANORS', LIST OF TRIAL EXHIBITS**

| Plaintiff No. | Def. No. | Objection | Description |
|---|---|---|---|
| | 1. | | Ordinance No. Z-199 |
| | 2. | | Staff Report-Sign Ordinance |
| | 3. | | Minutes-Planning and Zoning Board Meeting February 10, 1997 |
| | 4. | | Minutes - Planning and Zoning Board Meeting March 10, 1997 |
| | 5. | | Memo from City Manager to Mayor and City Council re: Ordinance No. Z-199 April 18, 1997 |
| | 6. | | Minutes of City Council Meeting April 22, 1997 |
| | 7. | | Memo from City Manager to Mayor and City Council re: Ordinance No. Z-199 May 19, 1997 |

| | |
|---|---|
| 8. | Minutes of City Council Meeting May 27, 1997 |
| 9. | Ordinance No. Z-205 |
| 10. | Council Agenda Report Meeting Date: January 27, 1998 |
| 11. | Minutes of City Council Meeting January 27, 1998 |
| 12. | Council Agenda Report Meeting Date: February 10, 1998 |
| 13. | Minutes of City Council Meeting February 10, 1998 |
| 14. | Five Lease Agreements and one Contract for Sale and Purchase (with redactions of proprietary confidential information) |
| 15. | Six applications for sign permits |
| 16. | List of six proposed structural configurations |
| 17. | Letter from Harold Horne to Cori Barnes - August 10, 1999) |
| 18. | Letter from Gary Rutledge to Joseph Gallegos - September 1, 1999 |
| 19. | Letter from Kerry Ezrol to Gary Rutledge - October 1, 1999 |

| 20. | Ordinance No. Z-212 |
| 21. | Council Agenda Report Meeting Date: January 25, 2000 |
| 22. | Minutes of City Council Meeting January 25, 2000 |
| 23. | Council Agenda Report Meeting Date: February 8, 2000 |
| 24. | Minutes of City Council Meeting February 8, 2000 |