UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

NIGHT BOX
FILED

OCT 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

| Plaintiff No. | Def. No. | Objection | Description |
|---|---|---|---|
| 1 | | | Ordinance No. Z-199 |
| 2 | | | Staff Report-Sign Ordinance |
| 3 | | | Minutes-Planning and Zoning Board Meeting February 10, 1997 |
| 4 | | | Minutes - Planning and Zoning Board Meeting March 10, 1997 |
| 5 | | | Memo from City Manager to Mayor and City Council re: Ordinance No. Z-199 April 18, 1997 |
| 6 | | | Minutes of City Council Meeting April 22, 1997 |
| 7 | | | Memo from City Manager to Mayor and City Council re: Ordinance No. Z-199 May 19, 1997 |

| | | |
|---|---|---|
| 8 | | Minutes of City Council Meeting May 27, 1997 |
| 9 | | Ordinance No. Z-205 |
| 10 | | Council Agenda Report Meeting Date: January 27, 1998 |
| 11 | | Minutes of City Council Meeting January 27, 1998 |
| 12 | | Council Agenda Report Meeting Date: February 10, 1998 |
| 13 | | Minutes of City Council Meeting February 10, 1998 |
| 14 | | Five Lease Agreements and one Contract for Sale and Purchase (with redactions of proprietary confidential information) |
| 15 | | Six applications for sign permits |
| 16 | | List of six proposed structural configurations |
| 17 | R-H | Examples of noncommercial outdoor advertising messages (Hardin Affidavit, Exhibit A) |
| 18 | | Letter from Harold Horne to Cori Barnes - August 10, 1999) |
| 19 | | Letter from Gary Rutledge to Joseph Gallegos - September 1, 1999 |
| 20 | | Letter from Kerry Ezrol to Gary Rutledge - October 1, 1999 |

| | | |
|---|---|---|
| 21 | R-H | Letter from Gary Rutledge to Kerry Ezrol - November 23, 1999, with opinion letter dated November 22, 1999 |
| 22 | R-H | Letter from Gary Rutledge to Kerry Ezrol - December 29, 1999, with opinion letter dated December 22, 1999 |
| 23 | | Ordinance No. Z-212 |
| 24 | | Council Agenda Report Meeting Date: January 25, 2000 |
| 25 | | Minutes of City Council Meeting January 25, 2000 |
| 26 | | Council Agenda Report Meeting Date: February 8, 2000 |
| 27 | | Minutes of City Council Meeting February 8, 2000 |
| 28 | R-H | Resolution of Street Information Systems, Inc. July 28, 2000 |
| 29 | R-H | Articles of Incorporation Wilton Manors Street Systems, Inc. |

H:\LIBRARY\FLC\StreetInfo\Trial\Exhibit List - Plaintiff.wpd