UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

      Plaintiff,

vs.

CITY OF WILTON MANORS,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF CORRECTION OF CLERICAL ERROR IN PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), gives this notice of correction of the following clerical error in its proposed findings of fact and conclusions of law filed on October 11, 2000: the proposed findings of fact and conclusions of law were filed pursuant to the Scheduling Order for Pretrial Conference and Trial entered on May 17, 2000, rather than pursuant to the Order Setting Initial Planning and Scheduling Conference entered on March 7, 2000, as stated in the introduction to the proposed findings and conclusions filed on October 11, 2000.

Respectfully submitted,

*/s/ John R. Ellis*
Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following by United States Mail, this 11th day of October, 2000:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
    & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

                                              John R. Ellis

F:\USERS\JELLIS\street.correction