UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
OCT 12 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

### DEFENDANT, CITY OF WILTON MANORS', UNOPPOSED MOTION TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ONE DAY OUT OF TIME

The Defendant, CITY OF WILTON MANORS, by and through its undersigned attorneys requests that the Court enter an Order granting the Defendant, CITY OF WILTON MANORS, leave to file its proposed Findings of Fact and Conclusions of Law, one day out of time, and as grounds therefore would show:

    1.    The parties' proposed Findings of Fact and Conclusions of Law were due to be filed on October 11, 2000. Because of the date requested in the parties' Joint Motion for Enlargement of Time, the undersigned erroneously calendared October 13, 2000 as the due date for the proposed Findings of Fact and Conclusions of Law. On October 12, 2000, the undersigned received Plaintiff's proposed Findings of Fact and conclusions of Law and realized the error.

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

2. The undersigned has conferred with counsel for the Plaintiff, Wilton Manors Street Systems, Inc. (John Ellis) and is authorized to represent that Plaintiff does not object to the relief sought by this Motion.

WHEREFORE, the Defendant, CITY OF WILTON MANORS, requests that the Court enter an Order granting it leave to file its proposed Findings of Fact and Conclusions of Law, one day out of time (October 12, 2000) for the reasons stated above.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this 12th day of October, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:  954/463-0100 Broward
            305/945-2000 Dade
            561/640-7448 WPB

BY: _____
    MICHAEL T. BURKE
    Florida Bar No. 338771

#20035MTB/lt