UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

     Plaintiff,

vs.

CITY OF WILTON MANORS,

     Defendant.

_____/

**FILED by ___ D.C.**

**OCT 1 6 2000**

**CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA.- MIAMI**

## ORDER GRANTING CITY'S MOTION TO FILE PROPOSED
## FINDINGS OF FACT AND CONCLUSIONS OF LAW ONE DAY OUT OF TIME

    **THIS CAUSE** having come before the Court upon the Defendant, CITY OF WILTON MANORS', Motion to file proposed Findings of Fact and Conclusions of Law one day out of time, and the Court being otherwise fully advised in the premises; it is hereby

    **ORDERED AND ADJUDGED** that said Motion be and the same is hereby granted. The Defendant, CITY OF WILTON MANORS, shall file its proposed Findings of Fact and Conclusions of Law one day out of time (October 12, 2000).

    **DONE AND ORDERED** in Chambers at the United States District Courthouse, Miami, Dade County, Florida, this _16_ day of October, 2000.

URSULA UNGARO-BENAGES
U.S. District Judge

Copies furnished:
MICHAEL T. BURKE, ESQUIRE
GARY R. RUTLEDGE, ESQUIRE
MYRON D. COHEN, ESQUIRE