```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6186-Civ
                                            UNGARO-BENAGES
```

WILTON MANORS STREET SYSTEM,

        Plaintiff,

vs.

CITY OF WILTON MANORS,

        Defendant.
_____/

FILED by ___ D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RE-SETTING PRE-TRIAL CONFERENCE/ORAL ARGUMENT, CALENDAR CALL AND TRIAL PERIOD

THIS Court, sua sponte, informs all parties to the above matter that it is re-set for Pretrial Conference/Oral Argument on DECEMBER 1, 2000 at 9:30 A.M. Calendar Call is reset for JANUARY 10, 2001 at 1:00 P.M. and Trial is re-set for the two-week period commencing JANUARY 15, 2001 at 9:30 A.M. All other dates and deadlines established by the Court shall remain on full force and effect.

DONE and ORDERED at Miami, Florida, this ___19___ day of October, 2000.

                                           URSULA UNGARO-BENAGES
                                           UNITED STATES DISTRICT JUDGE

cc: Counsel of Record