UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/



## AMENDED NOTICE OF CONFLICT

The undersigned counsel for the Defendant, CITY OF WILTON MANORS, hereby provides notice that he is counsel of record in the following cases which are scheduled for trial during the two-week trial period commencing in January 2001:

**Douglas Anderson, Plaintiff, vs. City of Greenacres, Florida, Defendant, In the United States District Court Southern District of Florida, Case No. 99-8488-Civ-Hurley/Lynch** (Trial Docket commencing January 2, 2001)

**Martin Konschnik and Florence Konschnik, Plaintiffs, Vs. City of Dania Beach, Florida, Defendant, In the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. 00-000618 (07)** (Three-week Trial Docket commencing January 2, 2001)

**Ronald S. Baranski, Plaintiff, vs. The City of North Lauderdale, A Municipal Corporation; John Stunson, in His Capacity as City Manager for The City Of North Lauderdale; James Uhde, Individually and in His Capacity as Director Of Public Safety for the City of North Lauderdale; And City of North Lauderdale Public Safety Department, Defendants, In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. 96-12790 (11)** (Four-week Trial Docket commencing January 15, 2001)



CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

**Robert Bayerl, Plaintiff, vs. City of Boynton Beach, Defendant, In the United States District Court Southern District of Florida, Case No. 99-8921-Civ-Jordan/Bandstra** (Two-week Trial Docket commencing January 15, 2001)

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallanassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this _1st_ day of December, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:  954/463-0100 Broward
            305/945-2000 Dade
            561/640-7448 WPB

BY: _____
MICHAEL T. BURKE
Florida Bar No. 338771

#20035MTB/lt