UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET
SYSTEMS,
    Plaintiff,

vs.

CITY OF WILTON MANORS,
    Defendant.
_____/


FILED by _____ D.C.
DEC 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that all pending motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of December, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE