UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET
SYSTEMS,
    Plaintiff,

vs.                      **FINAL JUDGMENT**

CITY OF WILTON MANORS,
    Defendant.
_____/

FILED by _____ D.C.
DEC 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE is before the Court pursuant to Fed. R. Civ. P. 58 and this Court's Order granting Plaintiff's Motion for Summary Judgment, issued December 5, 2000, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that Final Judgment is entered in favor of Plaintiff and against Defendant City of Wilton Manors upon the Complaint herein.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of December, 2000.

                                                        _/s/ Ursula Ungaro-Benages_
                                                        URSULA UNGARO-BENAGES
                                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

63