UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 DEC 28 PM 4:05

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

FILING FEE
PAID 105
In Forma Pauperis
Clarence Maddox, Clerk

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the CITY OF WILTON MANORS, Defendant in the above-named case, hereby appeals to the United States Court of Appeal for the Eleventh Circuit from the Final Judgment and Omnibus Order granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment entered in this action respectively on December 6, 2000 and December 5, 2000.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **JOHN ELLIS, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and

1

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

**MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this 28th day of December, 2000.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:   954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

BY: _____
MICHAEL T. BURKE
Florida Bar No. 338771

#20035MTB/lt