UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND TO TAX COSTS

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), moves pursuant to 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d) and S.D. Fla. L.R. 7.3 for an award of attorneys' fees and to tax costs against defendant, the City of Wilton Manors ("the City"), and states:

1.    The Complaint in this action alleged a claim under 42 U.S.C. § 1983 for the deprivation of Street Systems' rights to free speech secured by the First Amendment, based on the unconstitutionality of the City's 1997 Ordinance No. Z-199 ("1997 Sign Code") regulating the use of outdoor advertising within city limits. The Complaint alleged entitlement to an award of attorneys' fees accordingly.

2.    The Court's Omnibus Order entered on December 5, 2000 granted Street Systems' Motion for Summary Judgment, finding that the City's 1997 Sign Code is unconstitutional on its face in its attempted regulation of commercial and noncommercial speech; that the unconstitutional provisions of the 1997 Sign Code cannot be severed from the valid provisions; and that Street Systems has vested rights under Florida law to issuance by the City of

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1(A)

the six permits for outdoor advertising signs that Street Systems' predecessor had applied for and that had been denied by the City based on the 1997 Sign Code.

3. Final judgment was entered on December 6, 2000 in favor of Street Systems and against the City on Street Systems' Complaint for declaratory and injunctive relief and attorneys' fees.

4. Concurrently filed with this motion is the Affidavit of Myron D. Cohen in Support of Plaintiff's Motion for Attorneys' Fees and to Tax Costs. Mr. Cohen's Affidavit submits itemized records documenting contemporaneously billed attorneys' fees in the amount of $91,388.75 and costs in the amount of $2,561.70 for work performed by Mr. Cohen and the employees of his firm, Hunton & Williams, on behalf of Street Systems in this action. Mr. Cohen's Affidavit proposes a reduction in the amount of fees billed, from $91,388.75 to $71,778.75, as an accommodation to the City in the interest of expediting the resolution of this matter. The billing records provided as Exhibit A to Mr. Cohen's Affidavit reflect a further reduction in Mr. Cohen's initial billing rate, from $495 per hour to $410 per hour, for all work performed by Mr. Cohen in this action after his initial time entries in April, 1999.

5. Also concurrently filed with this motion is the Affidavit of Gary R. Rutledge in Support of Plaintiff's Motion for Attorneys' Fees and to Tax Costs. Mr. Rutledge's Affidavit submits itemized records documenting contemporaneously billed attorneys' fees in the amounts of $23,232.50 and costs in the amount of $2,386.99 for work performed by Mr. Rutledge and by Mr. Ellis on behalf of Street Systems in this action.

6. Street Systems requests an award of reasonable attorneys' fees in the amount of $94,011.25 and costs in the amount of $4,948.69, plus additional costs and fees if a hearing is

required on the motion.

Wherefore, Street Systems requests that its motion for an award of attorneys' fees be granted, and that costs be taxed against the City as stated herein.

Respectfully submitted,

_____
Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following by United States Mail, this 6th day of January 2001:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
 & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

3

                                                                           /s/ John R. Ellis
                                                                           John R. Ellis

F:\USERS\JELLIS\street.mcoststax.wpd