## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET
SYSTEMS, INC.,
     Plaintiff,

vs.

CITY OF WILTON MANORS,
     Defendant.
_____/

FILED by _____ D.C.

JAN 0 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Stephen Brown to take all necessary and proper action as permitted by law with respect to the following motion: **Plaintiff's Motion for Attorneys' Fees and to Tax Costs, filed January 5, 2000,** and any other motion related directly thereto (e.g., motions for enlargement of time to respond).

Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to note on ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED and an additional courtesy copy of all materials necessary to the resolution of the referred matter shall be directed to the Magistrate's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this _8_ day of January, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
counsel of record

