UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/

### CERTIFICATE OF COMPLIANCE AS TO
### PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND TO TAX COSTS

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), certifies its compliance with S.D. Fla. L.R. 7.3 regarding Street Systems' motion for an award of attorneys' fees and to tax costs against defendant, the City of Wilton Manors ("the City"), and states:

1.    Counsel for Street Systems has conferred with counsel for the City in a good faith effort to resolve by agreement the issues presented by Street Systems' motion for attorneys' fees and costs. To date, counsel have not been able to resolve any of the issues presented by the motion, but their efforts to reach an agreement resolving some or all of those issues are continuing.

2.    The City will request a hearing on the motion for attorneys' fees and costs, in connection with the City's opposition to the motion.

Respectfully submitted,

*[signature: John R Ellis]*

~~Gary~~ R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

Attorneys for Plaintiff,
Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate of Compliance was furnished to the following by United States Mail, this 10th day of January 2001:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
 & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

*[signature]*
John R. Ellis

2