UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS, INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/



## DEFENDANT, CITY OF WILTON MANORS', MOTION FOR EXTENSION OF TIME

The Defendant, CITY OF WILTON MANORS, by and through its undersigned attorneys and pursuant to Rule 6 of the Federal Rules of Civil Procedure requests that the court enter an Order granting said Defendant an eight (8) day extension of time through and including February 5, 2001, within which to serve its response to Plaintiff's Motion for Attorneys' Fees and to Tax Costs, in the above-styled action and as grounds therefore would show:

1.     The Plaintiff, WILTON MANORS STREET SYSTEMS, INC., served its Motion for Attorneys' Fees and to Tax Costs on or about January 6, 2001. As a result, Defendant's response to the Motion is due to be served on or before January 24, 2001.

2.     Because of other pending commitments in the State Circuit Courts and Federal District Court, the undersigned is in need of a brief extension of time within which to prepare and serve a response to Plaintiff's Motion for Attorneys' Fees and to Tax Costs on behalf of the Defendant.

1

CASE NO. 00-6186-CIV-UNGARO-BENAGES
Wilton Manors Street Systems vs. City of Wilton Manors

3. Counsel for the Plaintiff (John Ellis) has been consulted concerning the requested extension and the undersigned is authorized to certify that Plaintiff does not object to the extension of time and relief sought by this Motion.

WHEREFORE, the Defendant, CITY OF WILTON MANORS, requests that the Court enter an Order granting said Defendant an eight (8) day extension of time through and including February 5, 2001, within which to serve its response to Plaintiff's Motion for Attorneys' Fees and to Tax Costs.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **GARY R. RUTLEDGE, ESQUIRE**, Rutledge, Ecenia, Purnell & Hoffman, Attorneys for Plaintiff, 215 So. Monroe Street, Ste. 420, Tallahassee, FL 32301-1841, and **MYRON D. COHEN, ESQUIRE**, Hunton & Williams, Co-Counsel for Plaintiff, 200 Park Avenue, New York, NY 10166-0136, this 19th day of January, 2001.

JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE
**Attorneys for City of Wilton Manors**
790 East Broward Boulevard, Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:   954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

BY: _____
MICHAEL T. BURKE
Florida Bar No. 338771

#20035MTB/lt

cc   Magistrate Stephen T. Brown

2