00-6186.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186 CIV UNGARO BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/



## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**This matter** is before this Court on Defendant's Motion for Extension of Time, filed January 22, 2001. The Court has considered the motion, all pertinent materials in the file and noted that Plaintiff does not object.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion is **GRANTED** through and including February 5, 2001.

**DONE AND ORDERED** this 5th day of February, 2001 at Miami, Florida.

                                            STEPHEN T. BROWN
                                            U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
        Gary R. Rutledge, Esq.
        Myron D. Cohen, Esq.
        Michael T. Burke, Esq.