UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

       Plaintiff,

vs.

CITY OF WILTON MANORS,

       Defendant.

_____/

NIGHT BOX
FILED

FEB 14 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**PLAINTIFF, WILTON MANORS STREET SYSTEMS, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Wilton Manors Street Systems, Inc. ("Street Systems"), moves pursuant to Fed.R.Civ.P. 6(b) and S.D.Fla.L.R. 7.1 for an extension of time of eight days, to and including February 23, 2001, in which to file its reply to the opposition of Defendant, the City of Wilton Manors ("the City"), to Street Systems' motion for attorneys' fees and to tax costs, and states:

    1.    Final judgment in this action was entered on December 6, 2000, in favor of Street Systems, pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment issued on December 5, 2000.

    2.    Street Systems' motion for attorneys' fees and to tax costs was served on January 6, 2001. The City's opposition to Street Systems' motion for attorneys' fees was served by mail on February 5, 2001. Pursuant to S.D.Fla.L.R. 7.1, Street Systems' reply in support of its motion must be served by February 15, 2001.



3.      Based on the pendency of pretrial proceedings in a matter set for final hearing on February 19, 2001, before the Florida Public Service Commission, the undersigned requests a brief extension of time of eight days in which to prepare and serve Street Systems' reply memorandum in support of its motion for attorneys' fees and to tax costs.

## CERTIFICATE OF COUNSEL

4.      The undersigned counsel for Street Systems has conferred with counsel for the City concerning this motion for an extension of time, and is authorized to represent that the City does not oppose the motion.

WHEREFORE, Street Systems requests that the Court enter an order granting Street Systems an extension of time of eight days, to and including February 23, 2001, in which to file its reply in support of its motion for attorneys' fees and to tax costs.

Respectfully submitted,

*/s/ John R. Ellis*

Gary R. Rutledge
Florida Bar No. 222674
John R. Ellis
Florida Bar No. 041976
Rutledge, Ecenia, Purnell & Hoffman, P.A.
P. O. Box 551
Tallahassee, Florida 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and

Myron D. Cohen
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000 (Telephone)
(212) 309-1100 (Telecopier)

2

                Attorneys for Plaintiff,
                Wilton Manors Street Systems, Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was furnished to the following by United States Mail, this 14th day of February, 2001:

Michael T. Burke, Esq.
Johnson, Anselmo, Murdoch, Burke
    & George
790 East Broward Boulevard, Suite 400
P. O. Box 030220
Fort Lauderdale, FL 33303-0220

                                            John R. Ellis

F:\USERS\JELLIS\street.extension.wpd

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.

_____/

**ORDER**

This matter came before the Court on the unopposed motion of plaintiff, Wilton Manors Street Systems, Inc. ("plaintiff"), for an extension of time of eight days to file its reply to the opposition of defendant, the City of Wilton Manors, to plaintiff's motion for attorneys' fees and costs. Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's motion is hereby GRANTED.

2. Plaintiff shall have to and including February 23, 2001, in which to file its reply in support of its motion for attorneys' fees and to tax costs.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of February , 2001.

                                                  _____
                                                URSULA UNGARO-BENAGES
                                                United States District Judge

Copies furnished to:

Gary R. Rutledge, Esq.
Myron A. Cohen, Esq.
Michael A. Burke, Esq.

F:\USERS\JELLIS\street.extension213.wpd