# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX  
Clerk of Court

Appeals Section

Date: 2/16/01

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No: 00-06186-CV - UUB

U.S.C.A. No: 01-10253-II

Style: WILTON MANORS STREET SYSTEMS, INC. V. CITY OF WI

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 2 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:  0 boxes;  0 folders;  0 envelopes;  0 PSIs (sealed)

☐ other: _____  
☐ other: _____  
☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____  
Deputy Clerk

Attachment  
c: court file

S/F A-15  
Rev. 10/94

☐ 301 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street  
Miami, Fl 33128-7788        Ft. Lauderdale, Fl 33301         West Palm Beach, Fl 33401  
305-523-5080                    954-769-5413                          561-803-3408



```
                                                    LSS      CLOSED
                                                    APPEAL
                         U.S. District Court
             Southern District of Florida (FtLauderdale)

             CIVIL DOCKET FOR CASE #: 00-CV-6186

Wilton Manors Street, et al v. City of Wilton Manor      Filed: 02/04/00
Assigned to: Judge Ursula Ungaro-Benages
Demand: $0,000                                  Nature of Suit: 950
Lead Docket: None                               Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Civil Rights Act


STREET INFORMATION SYSTEMS,       Gary Ray Rutledge
INC.                              [COR LD NTC]
     plaintiff                    Rutledge Ecenia Purnell &
                                  Hoffman
                                  215 S Monroe Street
                                  Suite 420 PO Box 551
                                  Tallahassee, FL 32302
                                  850-681-6788



WILTON MANORS STREET SYSTEMS,
INC.
     plaintiff



   v.



CITY OF WILTON MANORS             Michael Thomas Burke
     defendant                    FTS 463-2444
                                  [COR LD NTC]
                                  Johnson Anselmo Murdoch Burke &
                                  George
                                  790 E Broward Boulevard
                                  Suite 400 PO Box 030220
                                  Fort Lauderdale, FL 33303-0220
                                  954-463-0100




-------------------------------
```

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida*
*By _____ Deputy Clerk*
*Date 2/16/01*

*BEGIN VOL 1*

Proceedings include all events.                                          LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor   CLOSED APPEAL

| Date | # | Entry |
|------|---|-------|
| 2/4/00 | 1 | COMPLAINT filed;   FILING FEE $150.00   RECEIPT # 518494; A-7; LSS (br) [Entry date 02/07/00] |
| 2/4/00 | -- | Magistrate identification:   Magistrate Judge Lurana S. Snow (br) [Entry date 02/07/00] |
| 2/4/00 | 2 | MOTION by Street Information for Myron C. Cohen to appear pro hac vice (br) [Entry date 02/07/00] |
| 2/4/00 | 2 | CLERK'S RECEIPT for: Myron Cohen paid by Street Information AMOUNT: $ 75.00 RECEIPT # 518493 (br) [Entry date 02/07/00] |
| 2/4/00 | 3 | SUMMONS(ES) issued for City of Wilton Manor (br) [Entry date 02/07/00] |
| 2/29/00 | 4 | ORDER granting [2-1] motion for Myron C. Cohen to appear pro hac vice ( Signed by Judge Ursula Ungaro-Benages on 2/25/00) CCAP [EOD Date: 2/29/00] (tb) |
| 2/29/00 | 5 | ORDER transferring case to the calendar of Judge Unagro-Benages ( Signed by Judge Wilkie D. Ferguson Jr. on 2/15/00) CCAP [EOD Date: 2/29/00] (tb) |
| 2/29/00 | -- | CASE reassigned  to Judge Ursula Ungaro-Benages (tb) |
| 2/29/00 | 6 | Answer and affirmative defenses by City of Wilton Manor (Attorney Michael Thomas Burke), (tb) [Entry date 03/02/00] |
| 3/13/00 | 7 | ORDER  set scheduling conference for 9:30 5/5/00   before Judge Ursula Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on 3/7/00) CCAP [EOD Date: 3/13/00] (tb) |
| 4/25/00 | 8 | JOINT Scheduling Report of Scheduling Meeting  by Street Information, City of Wilton Manor (tb) [Entry date 04/26/00] |
| 4/25/00 | 8 | JOINT STATUS REPORT by Street Information, City of Wilton Manor (tb) [Entry date 04/26/00] |
| 4/25/00 | 9 | WITNESS & Exhibit list by Street Information (tb) [Entry date 04/26/00] |
| 4/25/00 | 10 | Witness list by City of Wilton Manor (tb) [Entry date 04/26/00] |
| 4/25/00 | 11 | Exhibit list by City of Wilton Manor (tb) [Entry date 04/26/00] |

Proceedings include all events.                                          LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor    CLOSED APPEAL

*Vol 1 Cont'd*

| Date | # | Entry |
|---|---|---|
| 5/17/00 | 12 | ORDER set pretrial conference for 1:30 10/20/00 before Judge Ursula Ungaro-Benages, discddl setting discovery deadline for 8/4/00, set motion filing deadline for 8/25/00, set pretrial stipulation due for 9/8/00; set calendar call for 1:00 11/1/00 before Judge Ursula Ungaro-Benages, set Jury trial for 9:00 11/6/00 before Judge Ursula Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on 5/16/00) CCAP [EOD Date: 5/18/00] (tb) [Entry date 05/18/00] |
| 5/17/00 | 13 | ORDER referring case to mediation.  15 days to appoint mediator ( Signed by Judge Ursula Ungaro-Benages on 5/17/00) CCAP [EOD Date: 5/18/00] (tb) [Entry date 05/18/00] |
| 6/9/00 | 14 | UNOPPOSED MOTION by Street Information for leave to file amended complaint (tb) [Entry date 06/12/00] |
| 6/13/00 | 15 | ORDER granting [14-1] motion for leave to file amended complaint ( Signed by Judge Ursula Ungaro-Benages on 6/13/00) CCAP [EOD Date: 6/13/00] (tb) |
| 6/22/00 | 16 | ANSWER and affirmative defenses by City of Wilton Manor to amended complaint (tb) [Entry date 06/23/00] |
| 6/23/00 | 17 | ORDER SCHEDULING MEDIATION before Mediator: Herbert Stettin for 8/9/00 & 1:30   ( Signed by Judge Ursula Ungaro-Benages on 6/22/00) CCAP [EOD Date: 6/23/00] (tb) |
| 8/16/00 | 18 | MOTION by Street Information for substitution of party (tb) [Entry date 08/17/00] |
| 8/18/00 | 19 | ORDER granting [18-1] motion for substitution of party ( Signed by Judge Ursula Ungaro-Benages on 8/18/00) CCAP [EOD Date: 8/21/00] (tb) [Entry date 08/21/00] |
| 8/25/00 | 20 | FINAL report of Mediator. Disposition: impasse (tb) [Entry date 08/28/00] |
| 8/25/00 | 22 | MOTION by Wilton Manors Street for Hearing on [21-1] motion for summary judgment on its claims against defendant (tb) [Entry date 08/28/00] |
| 8/25/00 | 23 | AFFIDAVIT by Wilton Manors Street  Re: [21-1] motion for summary judgment on its claims against defendant (tb) [Entry date 08/28/00] |
| 8/25/00 | 21 | MOTION by Wilton Manors Street for summary judgment (tb) [Entry date 08/28/00] *END VOL 1* |
| 8/25/00 | 24 | *BEGIN VOL 2* AFFIDAVIT of Daniel L. Hardin  by Wilton Manors Street  Re: [21-1] motion for summary judgment (tb) [Entry date 08/28/00] |
| 8/25/00 | 25 | MOTION by City of Wilton Manor for summary judgment (tb) |

Proceedings include all events.                                           LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor   CLOSED APPEAL

[Entry date 08/28/00] *Vol 2 Cont'd.*

| Date | Doc # | Description |
|---|---|---|
| 8/25/00 | 26 | MEMORANDUM by City of Wilton Manor in support of [25-1] motion for summary judgment (tb) [Entry date 08/28/00] |
| 8/25/00 | 27 | CONCISE Statement of undisputed material facts by City of Wilton Manor (tb) [Entry date 08/28/00] |
| 8/25/00 | 28 | APPENDIX to: [25-1] motion for summary judgment by City of Wilton Manor (tb) [Entry date 08/28/00] |
| 8/29/00 | 29 | NOTICE of correction of clerical error in affidavit of Gary R. Rutledge (see attached) by Wilton Manors Street (tb) [Edit date 08/29/00] |
| 8/30/00 | 30 | NOTICE of filing a copy of the Court's order in Revolution Outdoor Advertising, Inc. vs. City of Casselberry by City of Wilton Manor (tb) [Entry date 08/31/00] |
| 9/8/00 | 31 | JOINT MOTION by City of Wilton Manor, Wilton Manors Street to extend time to file joint pretrial stipulation and proposed findings of fact and conclusions of law (ls) [Entry date 09/11/00] |
| 9/8/00 | 32 | MOTION by City of Wilton Manor to extend time to serve its response to Plaintiff's motion for summary judgment (ls) [Entry date 09/11/00] |
| 9/12/00 | 33 | ORDER granting [32-1] motion to extend time to serve its response to Plaintiff's motion for summary judgment ( Signed by Judge Ursula Ungaro-Benages on 9/12/00) CCAP [EOD Date: 9/13/00] (tb) [Entry date 09/13/00] |
| 9/12/00 | 34 | ORDER granting [31-1] joint motion to extend time to file joint pretrial stipulation and proposed findings of fact and conclusions of law set pretrial stipulation due for 10/6/00 ( Signed by Judge Ursula Ungaro-Benages on 9/12/00) CCAP [EOD Date: 9/13/00] (tb) [Entry date 09/13/00] |
| 9/18/00 | 35 | NOTICE of Unavailability/conflict by City of Wilton Manor for dates of: week commencing 10/23/00 (tb) . [Entry date 09/19/00] |
| 9/18/00 | 36 | MEMORANDUM by City of Wilton Manor in opposition to [21-1] motion for summary judgment (tb) [Entry date 09/19/00] |
| 9/18/00 | 37 | RESPONSE by Street Information, Wilton Manors Street in opposition to [25-1] motion for summary judgment (tb) [Entry date 09/19/00] |
| 9/18/00 | 38 | UNOPPOSED MOTION by Street Information, Wilton Manors Street to extend time of 7 days in which to file its opposition to the motion of defendants (tb) [Entry date 09/19/00] |

Proceedings include all events.   *Vol 2 Cont'd.*   LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor   CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 9/21/00 | 39 | ORDER granting [38-1] motion to extend time of 7 days in which to file its opposition to the motion of defendants Response to motion reset to 9/19/00 for [25-1] motion for summary judgment ( Signed by Judge Joan A. Lenard on 9/21/00) CCAP [EOD Date: 9/22/00] (dg) [Entry date 09/22/00] |
| 9/28/00 | 40 | JOINT MOTION by City of Wilton Manor, Wilton Manors Street to extend time of one day, through and including 9/29/00, within which to serve their reply memorandum (tb) [Entry date 09/29/00] |
| 9/29/00 | 41 | RESPONSE by City of Wilton Manor in support of [25-1] motion for summary judgment (rn) [Entry date 10/02/00] |
| 9/29/00 | 42 | RESPONSE by Street Information in support of [21-1] motion for summary judgment (rn) [Entry date 10/02/00] |
| 10/2/00 | 43 | ORDER granting [40-1] motion to extend time of one day, through and including 9/29/00, within which to serve their reply memorandum Reply to Response to Motion reset to 9/29/00 for [25-1] motion for summary judgment, reset to 9/29/00 for [21-1] motion for summary judgment ( Signed by Judge Ursula Ungaro-Benages on 9/29/00) CCAP [EOD Date: 10/3/00] (lk) [Entry date 10/03/00] |
| 10/5/00 | 44 | NOTICE OF SUPPLEMENTAL AUTHORITY by Wilton Manors Street (tb) [Entry date 10/06/00] |
| 10/6/00 | 45 | TRIAL Witness list by Street Information, Wilton Manors Street (tb) [Entry date 10/10/00] |
| 10/6/00 | 46 | Exhibit list by City of Wilton Manor (tb) [Entry date 10/10/00] |
| 10/6/00 | 47 | Exhibit list by Street Information, Wilton Manors Street (tb) [Entry date 10/10/00] |
| 10/6/00 | 48 | JOINT PRETRIAL STIPULATION by Street Information, City of Wilton Manor, Wilton Manors Street (tb) [Entry date 10/10/00] |
| 10/10/00 | 49 | Proposed Findings of Fact and Conclusions of Law by Wilton Manors Street (tb) [Entry date 10/11/00] |
| 10/11/00 | 50 | NOTICE of CORRECTION of clerical error in proposed findings of fact and conclusion of law by Wilton Manors Street (tb) [Entry date 10/12/00] |
| 10/12/00 | 51 | UNOPPOSED MOTION by City of Wilton Manor for leave to file proposed findings of fact and conclusions of law (ls) [Entry date 10/17/00] |



Proceedings include all events.                                          LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor    CLOSED APPEAL

| | | |
|---|---|---|
| 10/16/00 | 52 | ORDER granting [51-1] motion for leave to file proposed findings of fact and conclusions of law ( Signed by Judge Ursula Ungaro-Benages on 10/16/00) CCAP [EOD Date: 10/17/00] (tb) [Entry date 10/17/00] |
| 10/16/00 | 57 | Proposed Findings of Fact and Conclusions of Law by City of Wilton Manor (tb) [Entry date 11/03/00] |
| 10/19/00 | 53 | NOTICE OF FILING SUPPLEMENTAL AUTHORITY by City of Wilton Manor (tb) [Entry date 10/20/00] |
| 10/19/00 | 54 | ORDER reset calendar call for 1:00 1/10/01 before Judge Ursula Ungaro-Benages, reset Jury trial for 9:30 1/15/01 before Judge Ursula Ungaro-Benages, set pretrial conference for 9:30 12/1/00 before Judge Ursula Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on 10/18/00) CCAP [EOD Date: 10/20/00] (tb) [Entry date 10/20/00] |
| 10/23/00 | 55 | Proposed Findings of Fact and Conclusions of Law by City of Wilton Manor (tb) [Entry date 10/24/00] |
| 10/24/00 | 56 | ORDER reset pretrial conference for 9:30 12/1/00 before Judge Ursula Ungaro-Benages, reset calendar call for 1/10/01 before Judge Ursula Ungaro-Benages, reset Jury trial for 9:30 1/15/01 before Judge Ursula (Signed by Judge Ursula Ungaro-Benages on 10/24/00) CCAP [EOD Date: 10/25/00] (rn) [Entry date 10/25/00] |
| 11/21/00 | 58 | MOTION by Wilton Manors Street for leave to file to file supplemental affidavit of Daniel L. Hardin in support of motion for summary judgment (tb) [Entry date 11/22/00] |
| 11/21/00 | 59 | SUPPLEMENTAL AFFIDAVIT by Wilton Manors Street Re: [58-1] motion for leave to file to file supplemental affidavit of Daniel L. Hardin in support of motion for summary judgment (tb) [Entry date 11/22/00] |
| 12/5/00 | 60 | NOTICE of Unavailability of counsel by City of Wilton Manor for dates of two-week trial period commencing 1/2/01-1/15/01 (tb) [Entry date 12/06/00] |
| 12/5/00 | 61 | OMNIBUS ORDER denying [25-1] motion for summary judgment, granting [21-1] motion for summary judgment ( Signed by Judge Ursula Ungaro-Benages on 12/5/00) CCAP [EOD Date: 12/6/00] (tb) [Entry date 12/06/00] |
| 12/5/00 | 62 | ADMINISTRATIVE ORDER closing case ( Signed by Judge Ursula Ungaro-Benages on 12/5/00) CCAP [EOD Date: 12/6/00] (tb) [Entry date 12/06/00] |
| 12/5/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (tb) [Entry date 12/06/00] |

```
Proceedings include all events.                                          LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor   CLOSED APPEAL

12/6/00    63    FINAL JUDGMENT for Street Information  against City of
                 Wilton Manor  for amount of ( Signed by Judge Ursula
                 Ungaro-Benages on 12/6/00) CCAP [EOD Date: 12/7/00] (tb)
                 [Entry date 12/07/00]

12/28/00   64    NOTICE OF APPEAL by City of Wilton Manor of [63-1] judgment
                 order. EOD Date: 12/7/00; [61-1] order. EOD Date: 12/6/00;
                 Filing Fee: $ 105.00; Receipt #: 834177; Copies to USCA and
                 Counsel of Record. (ep) [Entry date 01/04/01]

1/5/01     65    MOTION by Street Information for attorney fees, and to
                 Tax Costs (tb) [Entry date 01/08/01]

1/5/01     66    AFFIDAVIT by Street Information, Wilton Manors Street  Re:
                 [65-1] motion for attorney fees, [65-2] motion to Tax Costs
                 (tb) [Entry date 01/08/01]

1/5/01     67    AFFIDAVIT by Street Information, Wilton Manors Street  Re:
                 [65-1] motion for attorney fees, [65-2] motion to Tax Costs
                 (tb) [Entry date 01/08/01]

1/8/01     68    ORDER OF REFERENCE Referring Motion(s) [65-1] motion for
                 attorney fees referred  to Magistrate Stephen T. Brown,
                 [65-2] motion to Tax Costs referred  to Magistrate Stephen
                 T. Brown ( signed by Judge Ursula Ungaro-Benages  on
                 1/8/01)  [EOD Date: 1/9/01] (tb) [Entry date 01/09/01]

1/10/01    69    CERTIFICATE  of compliance as to plaintiff's  by Wilton
                 Manors Street with [65-1] motion for attorney fees, [65-2]
                 motion to Tax Costs (tb) [Entry date 01/11/01]

1/16/01    70    Appeal Information Sheet re: as to City of Wilton Manor
                 [64-1] appeal by City of Wilton Manor . No transcript
                 requested. Appeal Record due on 2/5/01 (gp)
                 [Entry date 01/22/01]        END VOL 2

1/22/01    71    MOTION by City of Wilton Manor to extend time within which
                 to serve its response to plaintiff's motion for attorney
                 fees and to tax costs (tb)

1/23/01    --    NOTICE of Receipt of Transmittal Letter from USCA; On
                 1/16/01; Re: [64-1] appeal  by City of Wilton Manor   USCA
                 NUMBER: 01-10253-II (gp) [Entry date 02/14/01]

2/5/01     72    MEMORANDUM by City of Wilton Manor  in opposition to [65-1]
                 motion for attorney fees, [65-2] motion to Tax Costs (tb)
                 [Entry date 02/06/01]

2/6/01     73    ORDER granting [71-1] motion to extend time within which to
                 serve its response to plaintiff's motion for attorney fees
                 and to tax costs ( Signed by Magistrate Stephen T. Brown on
                 2/5/01) CCAP [EOD Date: 2/7/01] (tb) [Entry date 02/07/01]
```

```
Proceedings include all events.                                         LSS
0:00cv6186 Wilton Manors Street, et al v. City of Wilton Manor    CLOSED APPEAL

2/14/01   74      UNOPPOSED MOTION by Wilton Manors Street to extend time of
                  eight days to and including 2/23/01, in which to file its
                  reply to the opposition of defendant (tb)
                  [Entry date 02/15/01]
```