UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CIV-UNGARO-BENAGES

WILTON MANORS STREET SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF WILTON MANORS,

    Defendant.
_____/



FILED by MAG. SEC. D.C.
FEB 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

This matter came before the Court on the unopposed motion of plaintiff, Wilton Manors Street Systems, Inc. ("plaintiff"), for an extension of time of eight days to file its reply to the opposition of defendant, the City of Wilton Manors, to plaintiff's motion for attorneys' fees and costs. Having reviewed the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's motion is hereby GRANTED.

2. Plaintiff shall have to and including February 23, 2001, in which to file its reply in support of its motion for attorneys' fees and to tax costs.

DONE AND ORDERED in Chambers at Miami, Florida this 21 day of February, 2001.

STEPHEN T. BROWN
United States Magistrate Judge

Copies furnished to:

Honorable Ursula Ungaro Benages
Gary R. Rutledge, Esq.
Myron A. Cohen, Esq.
Michael A. Burke, Esq.

F:\USERS\JELLIS\street.extension213.wpd