IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

FEB 2 ...

CLARENCE ...
CLERK, USDC / SDFL

Case No. 00-6186-Civ-Ungaro-Benages

WILTON MANORS STREET )
SYSTEMS, INC., )
 )
      Plaintiff, )
 )
vs. )
 )
CITY OF WILTON MANORS, )
 )
      Defendant. )
_____)

Affidavit of Karen Kammer in Support of
Plaintiff's Motion for Attorneys' Fees and to Tax Costs

STATE OF FLORIDA

COUNTY OF MIAMI-DADE:

    I, Karen Kammer, after being first duly sworn, set forth the following as my affidavit regarding a reasonable hourly rate for the plaintiff's attorneys in this case:

    1.    I have been retained in the above captioned case to review the plaintiff's fee application.

    2.    I have been a member of the Florida Bar since 1988 and the Illinois Bar since 1989. I am admitted to practice in the United States District Court for the Southern and Middle Districts of Florida and the United States Court of Appeals for the Eleventh Circuit. I received my Juris Doctor from the University of Chicago in 1988.

    3.    I am an attorney who is Of Counsel to the law firm of Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., located at 2200 Suntrust International Center, One Southeast Third Avenue, in Miami, Florida. I have practiced as an attorney in South Florida for thirteen years. During that time, I regularly have handled complex commercial matters and other matters involving First Amendment issues in Florida federal and state courts, including matters involving constitutional challenges to municipal ordinances governing news racks, an issue similar to the

constitutional challenge to the outdoor advertising ordinance involved in this case. I therefore am familiar with the prevailing market rates charged by attorneys and paralegals in South Florida in litigation involving First Amendment issues.

    4.    In preparing this affidavit, I have reviewed the plaintiff's motion for attorneys' fees and to tax costs, the defendant's memorandum in opposition to that motion, and the affidavits of Gary R. Rutledge, Myron D. Cohen and Harriet R. Lewis. I also have spoken to Thomas R. Julin, Esq. concerning the matter.

    5.    With respect to the hourly rate charged by the plaintiff's attorneys in this case:

    a.    I believe the requested hourly rate of $410 for Myron D. Cohen is at or slightly below market in South Florida for an attorney of Mr. Cohen's experience in the area of outdoor advertising regulation and who has practiced law for approximately 41 years.

    b.    I believe the requested hourly rate of $290 for Gary R. Rutledge is below market in South Florida for an attorney of Mr. Rutledge's experience and who has practiced law for approximately 25 years.

    c.    I believe the requested hourly rate of $175 for John Ellis is well below market in South Florida for an attorney of Mr. Ellis's experience and who has practiced law for approximately 23 years.

_____
                  Karen Kammer

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    The foregoing instrument was acknowledged before me this ___ day of February, 2001, by Karen Kammer, who is personally known to me/has produced _____ as identification.

_____(SEAL)
Notary Public, State of _____
Printed/Typed Name:
Commission Number:

GLADYS VASQUEZ KROPP
MY COMMISSION # CC 637677
EXPIRES: July 30, 2001
Bonded Thru Notary Public Underwriters