IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186-CIV-UNGARO-BENAGES



| | |
|---|---|
| WILTON MANORS STREET SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CITY OF WILTON MANORS, | ) ) ) |
| Defendant. | ) ) |

Plaintiff's Withdrawal of
Motion for Attorneys' Fees and Costs

Plaintiff, Wilton Manors Street Systems, Inc., withdraws its January 5, 2001, motion for an award of attorneys' fees and costs against defendant, the City of Wilton Manors pursuant to a settlement agreement entered on May 10, 2001.

Respectfully submitted,

| | |
|---|---|
| Gary R. Rutledge & John R. Ellis | Hunton & Williams |
| Florida Bar Nos. 222674 & 041976 | |
| Rutledge, Ecenia, Purnell & Hoffman, P.A. | By_____ |
| P.O. Box 551 | Thomas R. Julin & D. Patricia Wallace |
| Tallahassee, Florida 32302 | Florida Bar Nos. 325376 & 0185930 |
| 850.681.6788 Fax 6515 | 1111 Brickell Avenue, Suite 2500 |
| | Miami, Florida 33131 |
| | 305.810.2516 Fax 2460 |
| | tjulin or pwallace@hunton.com |

Attorneys for Florida Outdoor Advertising, LLC

## Certificate of Service

I hereby certify that a true and correct copy of this withdrawal was mailed on May 14, 2001, to:

> Michael T. Burke, Esq.
> Johnson, Anselmo, Murdoch, Burke & George
> 790 East Broward Boulevard, Suite 400
> P.O. Box 030220
> Fort Lauderdale, FL 33303-0220

_____
Thomas R. Julin