# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

June 20, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

FILED by _____ D.C.
RECORDS
JUN 2 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

RE: 01-10253-II   Street Information Systems v. City of Wilton Manor
DC DKT NO.: 00-06186 CV-UUB

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 2 0 2001
THOMAS K. KAHN
CLERK
```

01-10253-II

WILTON MANORS STREET SYSTEMS, INC.,

                                        Plaintiff-Appellee,

versus

CITY OF WILTON MANORS,

                                        Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Georgia

---

BEFORE:  EDMONDSON and WILSON, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss this appeal with prejudice, with each party to bear its own costs and attorneys' fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia